---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF WEST VIRGINIA

Case number *(if known)* _____    Chapter   __11__

☐ Check if this an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Hard Rock Exploration, Inc.** |
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 37-1468730 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1244 Martins Branch Road** <br> **Charleston, WV 25312** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Kanawha** <br> County | Location of principal assets, if different from principal place of business <br><br> _____ <br> Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Hard Rock Exploration, Inc.**                                    Case number (if known) _____
        <sub>Name</sub>

**7.  Describe debtor's business**    **A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.

List all cases. If more than 1, attach a separate list

Debtor  **See Attachment**                Relationship _____

District _____  When _____  Case number, if known _____

Debtor  **Hard Rock Exploration, Inc.**                                        Case number *(if known)* _____
        Name

---

| 11. | Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|---|

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____

         Contact name  _____

         Phone  _____

---

### ▉ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,000 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   __Hard Rock Exploration, Inc._____   Case number (if known) _____
      Name

▬▬▬ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __09/05/2017__
            MM / DD / YYYY

X _____        **James L. Stephens**
  Signature of authorized representative of debtor       Printed name

Title    **President**

---

| | |
|---|---|
| **18. Signature of attorney** | X _____    Date __09/05/2017__ |

       Signature of attorney for debtor                 MM / DD / YYYY

       **Christopher S. Smith , Esq.**
       Printed name                 **Taft A. McKinstry, Esq.   KY BAR ID 46610**
       **Hoyer, Hoyer & Smith, PLLC**         **Fowler Bell PLLC**

       **22 Capital Street**                     **300 W. Vine Street**
       **Charleston, WV  25301**               **Suite 600**
                                     **Lexington, KY 40507-1660**
       Number, Street, City, State & ZIP Code       TMcKinstry@Fowlerlaw.com   (859) 252-6700

       Contact phone    **(304) 344-9821**       Email address    **chris@hhsmlaw.com**

       __WV 3457__
       Bar number and State

Debtor  **Hard Rock Exploration, Inc.** _____   Case number *(if known)* _____
        Name

Fill in this information to identify your case:

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF WEST VIRGINIA _____

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
   amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Blue Jacket Gathering, LLC** | | | Relationship to you | **Affiliate** |
| District | **WVSB** | When | **9/05/17** | Case number, if known | |
| Debtor | **Blue Jacket Partnership** | | | Relationship to you | **Affiliate/Partnership** |
| District | **WVSB** | When | **9/05/17** | Case number, if known | |
| Debtor | **Caraline Energy Company** | | | Relationship to you | **Affiliate** |
| District | **WVSB** | When | **9/05/17** | Case number, if known | |
| Debtor | **Brothers Realty, LLC** | | | Relationship to you | **Affiliate** |
| District | **WVSB** | When | **9/05/17** | Case number, if known | |

## United States Bankruptcy Court
### Southern District of West Virginia

In re   <u>Hard Rock Exploration, Inc.</u>

                                   Debtor(s)

Case No.   _____

Chapter   <u>11</u>   _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **James L. Stephens**, declare under penalty of perjury that I am the   of **Hard Rock Exploration, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the <u>1st</u> day of <u>**September,**</u> 20<u>17</u>.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **James L. Stephens**, of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **James L. Stephens**, of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **James L. Stephens**, of this Corporation is authorized and directed to employ Taft A. McKinstry, Esq. and the law firm of Fowler Bell PLLC and Christopher S. Smith, Esq. and the law firm of Hoyer, Hoyer & Smith, PLLC to represent the corporation in such bankruptcy case."

Date   <u>September 5, 2017</u>

Signed   _____
         James L. Stephens

**Fill in this information to identify the case:**

Debtor name **Hard Rock Exploration, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 5, 2017**            X _____
                              Signature of individual signing on behalf of debtor

                              James L. Stephens
                              Printed name

                              **President**
                              Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                  Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Hard Rock Exploration, Inc.**

United States Bankruptcy Court for the:    **SOUTHERN DISTRICT OF WEST VIRGINIA**

Case number (if known):

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bakers Farm 1216 Long Hollow Road Letart, WV 25253 | | Business Debt - Delay Rental/Lease | | | | $9,894.20 |
| Brothers Realty, LLC 1244 Martins Branch Road Charleston, WV 25312 | | Building Rent Payments | | | | $264,200.00 |
| Capital Energy, LLC 1645 Given Road Ripley, WV 25271-1000 | | Business Debt - Contractor | | | | $5,580.00 |
| Davis, Edna 1097 Kilgore Creek Road Milton, WV 25541 | | Business Debt - Delay Rental/Lease | | | | $10,771.60 |
| Ellis & Ellis, PLLC United Center Suite 1000 500 Virginia St. E. Charleston, WV 25301 | | Business Debt - Accounting Services | | | | $6,000.00 |
| Express 4 x4 Truck Rental 555 W. Street Road Warminster, PA 18974 | | Business Debt | | | | $3,163.50 |
| Harvey, Melvin 2090 Johnson Fork Salyersville, KY 41456 | | Business Debt - Contract Labor | | | | $4,097.33 |
| Liberty Mutual Insurance P.O. Box 2027 Keene, NH 03431-7027 | | Business Debt - Insurance | | | | $17,127.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Hard Rock Exploration, Inc.**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lipscomb, Betty Leah 13 Teays Hollow Road Hurricane, WV 25526 | | Business Debt - Delay Rental/Lease | | | | $4,665.35 |
| Longfellow, Wayne 5369 Turkey Fork Road Sandyville, WV 25275 | | Business Debt - Delay Rental/Lease | | | | $3,580.00 |
| M2M Data Corporation 345 Inverness Drive S. #C-320 Englewood, CO 80112 | | Business Debt - Well Monitoring Service | | | | $41,111.97 |
| Mark West Hydrocarbon, LLC 22028 Network Place Chicago, IL 60673-1220 | | Business Debt - Gas Transportation Service | | | | $30,603.30 |
| Meadows, Rosalie E. 7466 Winfield Road Winfield, WV 25213 | | Business Debt - Delay Rental/Lease | | | | $6,775.00 |
| Pi Star Communications, LLC 118 Rochester Drive Louisville, KY 40214 | | Business Debt - Well Monitoring Service | | | | $2,958.00 |
| Purchase Power P.O. Box 371874 Pittsburgh, PA 15250-7874 | | Business Debt - Delay Rental/Lease | | | | $2,908.87 |
| Stand Energy Corporation 1077 Celestial Street, Suite 100 Cincinnati, OH 45202-1629 | | Business Debt | | | | $232,500.03 |
| Steptoe & Johnson PLLC P.O. Box 246 Bridgeport, WV 26330-0247 | | Business Debt - Legal Services | | | | $25,252.07 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Hard Rock Exploration, Inc. | | | Case number *(if known)* | | |
|--------|------------------|--|--|--|--|--|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|--|--|--|--|--|--|--|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Suttle & Stalnaker CERTIFIED PUBLIC ACCOUNTANTS 1411 VIRGINIA ST. SUITE #100 Charleston, WV 25301** | | **Business Debt - Accounting Services** | | | | $57,520.00 |
| **Wild Well Control, Inc. P.O. Box 62600 Dept. 1261 New Orleans, LA 70162-2600** | | **Business Debt - Performance Drilling Invoice/dissolved.** | | | | $3,600.00 |
| **WV State Tax Department Internal Auditing Division P.O. Box 425 Charleston, WV 25322-0425** | | **Taxes** | | | | $35,579.56 |

**United States Bankruptcy Court**
**Southern District of West Virginia**

In re   **Hard Rock Exploration, Inc.**

Debtor(s)

Case No.
Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **September 5, 2017**

James L. Stephens/President
Signer/Title

ACC/United Communications
P.O. Box 6650
Wheeling, WV 26003


Alford, Roger E.
Rt 1, Box 491
Milton, WV 25541


Aliff, Jess E.
1000 Porter Creek Road
Milton, WV 25541


American Express Credit Card
P.O. Box 650448
Dallas, TX 75265-0448


Appalachian Power
P.O. Box 24415
Canton, OH 44701-4415


AT & T Mobility
P.O.Box 6463
Carol Stream, IL 60197-6463


Bakers Farm
1216 Long Hollow Road
Letart, WV 25253


BD Oil Gathering Corporation
639 Mitchell's Lane
Marietta, OH 45750


Brothers Realty, LLC
1244 Martins Branch Road
Charleston, WV 25312


Buchanan County Treasurer
Billy J. Keene, Treasurer
P.O. Box 1056
Grundy, VA 24614-1056


Burnett, Jackie
6404 Cromwell Road
Lakeland, FL 33809

Campbell, Samantha
and/or Jackie Burnett
6404 Cromwell Road
Lakeland, FL 33809

Capital Energy, LLC
1645 Given Road
Ripley, WV 25271-1000

Chapman, William E. Jr & Allene Chapman
334 Peniel Road
Reedy, WV 25270

Click, Roy Lewis  & Carol Ann
522 Mount Alto Road
Mount Alto, WV 25264-9708

Cobb, Charles R.
7509 Aarons Fork Road
Elkview, WV 25071

Cobb, Robert L.
419 Sisson Lane
Charleston, WV 25320

Cottle, Lester G. II
1625 Fawn Lane
Huntingdon Valley, PA 19006

Crestwood Transportation, LLC
2440 Pershing Road, Suite 600
Kansas City, MO 64108

Criner, Twila A.
281 Grace Road
Reedy, WV 25270

Davis, Donna
1097 Kilgore Creek Road
Milton, WV 25541

Davis, Edna
1097 Kilgore Creek Road
Milton, WV 25541

DNOW, L.P.
1314 Hansford Street
Charleston, WV 25301-1401


Elkins, Frankie P.
220 Elkins Lane
Ashford, WV 25009


Ellis & Ellis, PLLC
United Center Suite 1000
500 Virginia St. E.
Charleston, WV 25301


EMATS, Inc.
P.O. Box 920
Pounding Mill, VA 24637-0920


Erwin, Kathaleen
13 Keeneland Lane
Hurricane, WV 25526


Express 4 x4 Truck Rental
555 W. Street Road
Warminster, PA 18974


Flint, Robert & Anna Elizabeth
1649 Charleston Road
Spencer, WV 25276


Foster, W.F.
and F.C. Foster Estate c/o Sheila Weiss
186 Willow Bend Way
Osprey, FL 34229


Frontier
P.O. Box 20550
Rochester, NY 14602


Hall's Tires, Inc.
3592 Cedar Lakes Drive
Ripley, WV 25271


Harvey, Melvin
2090 Johnson Fork
Salyersville, KY 41456

Hatcher, Donald R.
409 Hurricane Avneue
Hurricane, WV 25526


Hill, Daniel B.
P.O. Box 554
Versailles, KY 40383


Hill, Elizabeth A.
3931 NW 41st lane
Gainesville, FL 32606


Hill, Samual C.  III
P.O. Box 1627
Winter Park, FL 32790


IOGA
300 Summers Stret, Suite 820
Charleston, WV 25301


Kanawha County Sheriff's Ofice
Tax Division
409 Virginia Street, E RM 120
Charleston, WV 25301-2595


King's Welding & Supplies
2434 Spencer Road
Ripley, WV 25271


Kraus, Valerie
18796 Charleston Road
Kenna, WV 25248


Lanham, Candice
1340 Naples Circle, Apt 212
Rockledge, FL 32955


Larch Oil & Gas
5 Kimeric Lane
Charleston, WV 25313


Liberty Mutual Insurance
P.O. Box 2027
Keene, NH 03431-7027

Lipscomb, Betty Leah
13 Teays Hollow Road
Hurricane, WV 25526


Longfellow, Wayne
5369 Turkey Fork Road
Sandyville, WV 25275


M2M Data Corporation
345 Inverness Drive S. #C-320
Englewood, CO 80112


Mardi Gras Casino & Resort
Racing Corporation of WV
#1 Greyhound Drive
Charleston, WV 25313


Mark West Hydrocarbon, LLC
22028 Network Place
Chicago, IL 60673-1220


Matney Construction Co. Inc.
P.O. Box 2619
Lebanon, VA 24266


McCallister, Toby A.
6519 Grqand Estuary Trail 102
Milton, WV 25541


McFadden, Patrick
P.O. Box 801
Clendenin, WV 25045


McIntyre, Mildred M.
622 S. Terrace
Huntington, WV 25705


Meadows, Rosalie E.
7466 Winfield Road
Winfield, WV 25213


Mid State/Energy
1130 Carmack Blvd
Columbia, TN 38401

Miss Utility of WV, Inc.
P.O. Box 11890
Charleston, WV 25339


Moncrief, Randall
4818 Log Cabin Road
Lakeland, FL 33809


Mountaineer Gas Co.
P.O. Box 5656
Charleston, WV 25361


MRC Global (US), Inc.
P.O. Box 204392
Dallas, TX 75320-4392


Northwestern Mutual
PO Box 3007
Milwaukee, WI 53201-3007


OGSYS
5801 Edwards Rancy Road, Suite 200
Fort Worth, TX 76109


Pace, Emily Ann Starcher
495 Hobbs Road
Athens, GA 30607


Payne, Betty Jo
2202 Lilly Drive
Charleston, WV 25312


Perrin, Richard R.
126 Providence Ave, SE
New Philadelphia, OH 44663


Pi Star Communications, LLC
118 Rochester Drive
Louisville, KY 40214


Pitney Bowes Global
Financial Services, LLC
P.O. Box 371887
Pittsburgh, PA 15250-7887

Platt, Margaret Ellen Bates
513 Folly Run
Reedy, WV 25270


Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874


Putman, Susette C.
3917 Appletree Drive
Valrico, FL 33594


R.L. Laughlin & Company, Inc.
5012 W.Washington St, Ste 100
Charleston, WV 25313


Rhodes, Toney E.
Dawnna L.romine
378 Liverpool Road
Reedy, WV 25270


Riske, Bill
4639 Treasure Cay Road
Tavares, FL 32778


Seaton, Sam K.
5329 Westbrook Drive
Charleston, WV 25313


Sheppard, William H.
7925 October Way
Cupertino, CA 95014


Sheriff Jackson County Taxes
P. O. Box 106
Ripley, WV 25271


Sheriff Roane County Taxes
200 Main Street
Spencer, WV 25276


Sheriff Wirt County Taxes
P. O. Box 669
MA 02614-3000

Sissonville Public Service District
P.O. Box 7314
Charleston, WV 25356


Slingerland, James & Margaret
141 Folly RunRoad
Reedy, WV 25270


Smith, William C.
1365 Braewick Drive
Morgantown, WV 26505


Southern Hydrocarbon Corp.
934 Little Coal River, Suite B
Alum Creek, WV 25003


Stand Energy Corporation
1077 Celestial Street, Suite 100
Cincinnati, OH 45202-1629


Staples Advantage
Dept DC
P.O. Box 415256
Boston, MA 02241-5256


State Corporation Commission
Clerk's office
P.O. Box 7607
Merrifield, VA 22116-7607


Stephens, James L. Jr.
51 Amber Way
Scott Depot, WV 25560


Steptoe & Johnson PLLC
P.O. Box 246
Bridgeport, WV 26330-0247


Suddenlink
P.O. Box 550365
Dallas, TX 75266-0365

Suttle & Stalnaker
CERTIFIED PUBLIC ACCOUNTANTS
1411 VIRGINIA ST.   SUITE #100
Charleston, WV 25301


The Huntington National Bank
201 High Street, WE0104
Morgantown, WV 26505


Thomas, Christie
1324 Wal Williams Road
Lakeland, FL 33809


Valley Inc.
P.O. Box 100
Millwood, WV 25262


Vance, William L.
110 Vance Farm Road
Hurricane, WV 25526


VUPS
P.O. Box 60970
Charlotte, NC 28260-0970


Walker, Earl & Anita
715 Langley Road
Sandyville, WV 25275


Waste Management, Inc.
P.O. Box 13648
Philadelphia, PA 19101-3648


Wells Fargo Financial Leasing
P.O.Box 10306
Des Moines, IA 50306-0306


West Virigina American Water
P.O. Box 790247
Saint Louis, MO 63179-0247


White, Rex
P.O. Box 682
Mason, WV 25260

Whittaker,Brenda K.
4577 Egypt Road
Smithville, OH 44677


Wild Well Control, Inc.
P.O. Box 62600
Dept. 1261
New Orleans, LA 70162-2600


Wood, David E. or
Elenor A. Wood Living Trust
1053 Grace Road
Reedy, WV 25270


Wood, Patricia Ann
804 Rider Creek
Hurricane, WV 25526


WV Department of Enviromental Protection
ATTN: Fiscal Services
601 57th Street SE
Charleston, WV 25304


WV State Tax Department
Internal Auditing Division
P.O. Box 425
Charleston, WV 25322-0425


Young, Gary D. & Penny
4966 Rocky Step Road
Charleston (Winfield), WV 25313