**Fill in this information to identify the case:**

Debtor name **Hard Rock Exploration, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)   **17-20459**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 13, 2017**          X /s/ James L. Stephens
                                            Signature of individual signing on behalf of debtor

                                            **James L. Stephens**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Hard Rock Exploration, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)  **17-20459**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...............................................................   $   395,131.41

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................   $   35,047,110.96

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................   $   35,442,242.37

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*........................   $   13,852,732.94

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $   35,579.56

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................   +$   26,977,298.05

4.  **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b                                                                                        $   40,865,610.55

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Hard Rock Exploration, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | **17-20459** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.
All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Kentucky Farmers Bank | Business Checking | 3475 | $531,269.65 |
| 3.2. | HRE Distribution - The Huntington National Bank | Business Checking | 2851 | $0.00 |
| 3.3. | HRE Sweep - The Huntington National Bank | Business Checking | 2719 | $171.12 |
| 3.4. | HRE Sweepacct/Operating - MVB | Business Checking | 3645 | $426.13 |
| 3.5. | HRE Distribution - MVB | Business Checking | 3637 | $1,179.79 |
| 3.6. | HRE Operating - Community Bank | Business Checking | 4596 | $5,074.13 |
| 3.7. | HRE Distibution - Community Bank | Business Checking | 4588 | $7,811.48 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Hard Rock Exploration, Inc.** | Case number *(If known)*  **17-20459** |
|---|---|---|
| | Name | |

4.  Other cash equivalents *(Identify all)*

5.  Total of Part 1.                                                      $545,932.30

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**  Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.  Deposits, including security deposits and utility deposits
Description, including name of holder of deposit

7.1.  **Highlands Union Bank: Certificate of Deposit as required by the State of Virginia as security on Wells**                                $25,000.00

8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Description, including name of holder of prepayment

9.  Total of Part 2.                                                      $25,000.00

Add lines 7 through 8. Copy the total to line 81.

**Part 3:**  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.  Accounts receivable

11a. 90 days old or less:          **10,913,234.69**  -          **0.00**  = ....          $10,913,234.69
face amount                          doubtful or uncollectible accounts

12.  Total of Part 3.                                                     $10,913,234.69

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**  Investments

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.  Mutual funds or publicly traded stocks not included in Part 1
Name of fund or stock:

15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture
Name of entity:                          % of ownership

15.1.  **Investments in Drilling Programs and Affiliated Companies**          **Various** %          $9,405,137.42

16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1

| Debtor | **Hard Rock Exploration, Inc.** | Case number *(if known)*  **17-20459** |
|---|---|---|
| | Name | |

Describe:

| 17. | **Total of Part 4.** | **$9,405,137.42** |
|---|---|---|
| | Add lines 14 through 16.  Copy the total to line 83. | |

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture **Office Furniture/Equipment** | $253,091.73 | Book | $253,091.73 |

| 40. | **Office fixtures** |
|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |

| 43. | **Total of Part 7.** | **$253,091.73** |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

| 44. | **Is a depreciation schedule available for any of the property listed in Part 7?** |
|---|---|
| | ☐ No |
| | ☑ Yes |

| 45. | **Has any of the property listed in Part 7 been appraised by a professional within the last year?** |
|---|---|
| | ☑ No |
| | ☐ Yes |

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Hard Rock Exploration, Inc.**                              Case number *(if known)*  **17-20459**
Name

| | | | |
|---|---|---|---|
| 47.1. | **Vehicle List:**<br>**2011 Ford F-250**<br>**2011 Ford F-350**<br>**2011 Ford F-350**<br>**2014 Toyota Sequoia**<br>**2011 Chevrolet K-10**<br>**2008 Yamaha 4-wheeler**<br>**2009 Yamaha Rhino**<br>**2009 MTI Aluminum Trailer**<br>**2010 Polaris Ranger**<br>**2009 Lone Wolfe Trailer**<br>**2011 Lone Wolfe Trailer**<br>**2011 Lone Wolfe Trailer**<br>**2008 Wesco Trailer** | | **$265,208.00** | **$265,208.00** |

| | | | | |
|---|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Well Equipment** | **$2,343,128.77** | **Book** | **$2,343,128.77** |

| | | |
|---|---|---|
| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | **$2,608,336.77** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.<br>**Leases for Well Sites** | **Leases** | **$0.00** | | **Unknown** |
| 55.2.<br>**Cabot Lease** | **Lease** | **$8,390.18** | | **$8,390.18** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Hard Rock Exploration, Inc.**                    Case number *(If known)* **17-20459**
Name

| 55.3. | Land Lease Investment | Lease | $291,218.98 | | $291,218.98 |
|---|---|---|---|---|---|
| 55.4. | Leasehold Cost | | $95,522.25 | | $95,522.25 |

**56.** **Total of Part 9.**                                                                 $395,131.41
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** **Syndication Costs** | $9,252,837.10 | | $9,252,837.10 |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**                                                               $9,252,837.10
Add lines 60 through 65. Copy the total to line 89.

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

| Debtor | **Hard Rock Exploration, Inc.** | Case number *(if known)* **17-20459** |
| | Name | |

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

**Current value of
debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**
       **Cash Surrender Value of 4 policies with Lincoln
       National Life Insurance
       Lincoln National Life Insurance
       One Granite Place
       P.O. Box 515
       Concord, NH 03302-0515**

       **Insured:  Gregory M. Laughlin
       Policy Number:  #4872**

       **Insured:  Monica R. Francisco
       Policy Number:  #4866**

       **Insured:  Duane Y. Yost
       Policy Number:  #4911**

       **Insured:  James L. Stephens, Jr.
       Policy Number:  #4863**                **$2,018,540.95**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

| Debtor | **Hard Rock Exploration, Inc.** | Case number *(If known)* **17-20459** |
|---|---|---|
| | Name | |

**Auto Liability  1,000,000.00**
**Policy #ZLP15T07239**
**Travelers Commercial Lines**
**Richard Young-MidState Insurance**
**1130 Carmack Blvd.**
**Columbia, TN 38402**

**Umbrella Policy  15,000,000.00**
**Policy #ZLP15T07239**
**Travelers Commercial Lines**
**Richard Young-MidState Insurance**
**1130 Carmack Blvd.**
**Columbia, TN 38402**

**Workers Comp & Employer Liability  1,000,000.00**
**Policy #HKUB2G98772-A-15**
**Travelers Commercial Lines**
**Richard Young-MidState Insurance**
**1130 Carmack Blvd.**
**Columbia, TN 38402**

**Commercial Property  3,606,395.00**
**Policy #MXI93053775**
**Allianz**
**Richard Young-MidState Insurance**
**1130 Carmack Blvd.**
**Columbia, TN 38402**

**IOGA West Virginia**
**Policy #0910-1284-Medical**
**Policy #450440-071-Dental**
**Lori Miller**
**300 Summers St., Suite 820**
**Charleston, WV 25301**

**Northwestern Mutual**
**Policy #0409885  500,000.00**
**Policy #0412299  Unknown**
**Darren Wilburn**
**920 Quarrier St.**
**Charleston, WV 25301**

**Guardian Life Insurance Company of America**
**500,000.00**
**Policy #5210445**
**Judi Kravatz**
**6255 Sterners Way, 2W-AC09**
**Bethlehem, PA 18017**

**Berkshire Life Insurance**
**Disability Policy#0444890-0**
**P. O. Box 644782**
**Pittsburgh, PA 15264**

**Hartford Fire Insurance Company  125,000.00**
**Policy #33BSBEQ3549**
**Huntington Insurance Inc.**
**L-3437**
**Columbus, OH 42360**

**Unknown**

74.    Causes of action against third parties (whether or not a lawsuit

| Debtor | **Hard Rock Exploration, Inc.** | Case number *(If known)* **17-20459** |
|---|---|---|
| | Name | |

has been filed)
**Hard Rock Exploration, Inc, et al.**
**v.**
**The Huntington National Bank**
**16-C-171**

| Nature of claim | Civil - Damages and Injunctive Relief | Unknown |
|---|---|---|
| Amount requested | | |

| 75. | Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims | |
|---|---|---|
| 76. | Trusts, equitable or future interests in property | |
| 77. | Other property of any kind not already listed *Examples:* Season tickets, country club membership | |
| | **Loan Origination Fees** | **$25,000.00** |

| 78. | **Total of Part 11.** | **$2,043,540.95** |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
☑ No
☐ Yes

| Debtor | **Hard Rock Exploration, Inc.** | Case number *(If known)*  **17-20459** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $545,932.30 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $25,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $10,913,234.69 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $9,405,137.42 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $253,091.73 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,608,336.77 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................> | | $395,131.41 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $9,252,837.10 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,043,540.95 | |
| 91. **Total.** Add lines 80 through 90 for each column | $35,047,110.96 | + 91b.  $395,131.41 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $35,442,242.37 |

**Fill in this information to identify the case:**

Debtor name **Hard Rock Exploration, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) **17-20459**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Buchanan County Treasurer**<br>Creditor's Name<br>**Billy J. Keene, Treasurer**<br>**P.O. Box 1056**<br>**Grundy, VA 24614-1056**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2016**<br>**Last 4 digits of account number**<br>**CK05**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Real Estate Taxes 2016/2017**<br>**Wells & Equipment Various Locations**<br><br>Describe the lien<br>**Lien**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,428.83 | $5,370,967.00 |
| **2.2** **Kanawha County Sheriff's Office**<br>Creditor's Name<br>**Tax Division**<br>**409 Virginia Street,E RM 120**<br>**Charleston, WV 25301-2595**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2016**<br>**Last 4 digits of account number**<br>**NA01** | Describe debtor's property that is subject to a lien<br>**Personal Property**<br><br>Describe the lien<br>**Lien**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $2,806.46 | $121,357.00 |

| Debtor | Hard Rock Exploration, Inc. | Case number (if know) | 17-20459 |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Sheriff Jackson County Taxes** | Describe debtor's property that is subject to a lien | $156,912.36 | $6,103,699.00 |
|---|---|---|---|---|

Creditor's Name

**Wells & Equipment Various Locations**

**P. O. Box 106**
**Ripley, WV 25271**

Creditor's mailing address

Describe the lien
**Taxes**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred
**Various**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**ER02**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Sheriff Roane County Taxes** | Describe debtor's property that is subject to a lien | $113,580.96 | $6,917,982.00 |
|---|---|---|---|---|

Creditor's Name

**Wells & Equipment Various Locations**

**200 Main Street**
**Spencer, WV 25276**

Creditor's mailing address

Describe the lien
**Taxes**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred
**Various**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**ER04**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Sheriff Wirt County Taxes** | Describe debtor's property that is subject to a lien | $25,654.02 | $990,456.00 |
|---|---|---|---|---|

Creditor's Name

**Wells & Equipment Various Locations**

**P. O. Box 669**
**MA 02614-3000**

Creditor's mailing address

Describe the lien
**Taxes**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor  **Hard Rock Exploration, Inc.**    Case number (if know)   **17-20459**
_____
Name

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**    ■ No
**2016**
**Last 4 digits of account number**    ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**ER08**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **The Huntington National Bank** | Describe debtor's property that is subject to a lien | $13,536,350.31 | $110,000.00 |
|---|---|---|---|---|

Creditor's Name
**Certain Working Interests**

**201 High Street, WE0104**
**Morgantown, WV 26505**
Creditor's mailing address

Describe the lien
**Multiple Loans**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known    ☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**    ☐ No

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**2013**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $13,852,732.94

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Christopher P. Schueller, Esq.** **Buchanan Ingersoll & Rooney PC** **One Oxford Centre** **301 Grant Street, 20th Floor** **Pittsburgh, PA 15219-1410** | Line __2.6__ | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    **Hard Rock Exploration, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)    **17-20459**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,579.56** | **$0.00** |
| --- | --- | --- | --- | --- |

**WV State Tax Department
Internal Auditing Division
P.O. Box 425
Charleston, WV 25322-0425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Severance taxes**

Last 4 digits of account number **ST05**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$106,952.50** |
| --- | --- | --- | --- |

**2009A LP Partners
1244 Martins Branch Road
Charleston, WV 25312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:   **Business Debt - Payables**

Last 4 digits of account number **009A**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$759,105.25** |
| --- | --- | --- | --- |

**2011A Partner
1244 Martins Branch Road
Charleston, WV 25312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:   **Business Debt - Payables**

Last 4 digits of account number **011A**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Hard Rock Exploration, Inc.** | Case number (if known) | **17-20459** |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,251,549.58** |
|---|---|---|---|
| | **2012A Partner**<br>**1244 Martins Branch Road**<br>**Charleston, WV 25312** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **012A** | **Basis for the claim:** **Business Debt - Payables** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$164.78** |
|---|---|---|---|
| | **ACC/United Communications**<br>**P.O. Box 6650**<br>**Wheeling, WV 26003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **CU01** | **Basis for the claim:** **Business Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$750.00** |
|---|---|---|---|
| | **Alford, Roger E.**<br>**Rt 1, Box 491**<br>**Milton, WV 25541** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **F001** | **Basis for the claim:** **Business Debt - Delay Rental/Lease** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,893.32** |
|---|---|---|---|
| | **Aliff, Jess E.**<br>**1000 Porter Creek Road**<br>**Milton, WV 25541** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **IF01** | **Basis for the claim:** **Business Debt - Delay Rental/Lease** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$849.02** |
|---|---|---|---|
| | **American Express Credit Card**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **AMEX** | **Basis for the claim:** **Business Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$444.23** |
|---|---|---|---|
| | **Appalachian Power**<br>**P.O. Box 24415**<br>**Canton, OH 44701-4415** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **PA04** | **Basis for the claim:** **Business Debt - Utilities** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$805.26** |
|---|---|---|---|
| | **AT & T Mobility**<br>**P.O.Box 6463**<br>**Carol Stream, IL 60197-6463** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **NG01** | **Basis for the claim:** **Business Debt - Utilities** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Hard Rock Exploration, Inc.** | | Case number (if known) | **17-20459** |
|---|---|---|---|---|
| | Name | | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,894.20 |
|---|---|---|---|
| | **Bakers Farm**<br>**1216 Long Hollow Road**<br>**Letart, WV 25253** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Business Debt - Delay Rental/Lease | |
| | Last 4 digits of account number  BAKEFA | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $114.99 |
|---|---|---|---|
| | **BD Oil Gathering Corporation**<br>**639 Mitchell's  Lane**<br>**Marietta, OH 45750** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Business Debt - Trucking of Oil | |
| | Last 4 digits of account number  OI01 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $57,709.30 |
|---|---|---|---|
| | **Blue Jacket Gathering, LLC**<br>**1244 Martins Branch Road**<br>**Charleston, WV 25312** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  Various | Basis for the claim:  Business Debt - Payables | |
| | Last 4 digits of account number  1309 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $264,200.00 |
|---|---|---|---|
| | **Brothers Realty, LLC**<br>**1244 Martins Branch Road**<br>**Charleston, WV 25312** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Building Rent Payments | |
| | Last 4 digits of account number  OT01 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $681.25 |
|---|---|---|---|
| | **Burnett, Jackie**<br>**6404 Cromwell Road**<br>**Lakeland, FL 33809** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Business Debt - Delay Rental/Lease | |
| | Last 4 digits of account number  RN02 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $681.25 |
|---|---|---|---|
| | **Campbell, Samantha**<br>**and/or Jackie Burnett**<br>**6404 Cromwell Road**<br>**Lakeland, FL 33809** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Business Debt - Delay Rental/Lease | |
| | Last 4 digits of account number  MP06 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,580.00 |
|---|---|---|---|
| | **Capital Energy, LLC**<br>**1645 Given Road**<br>**Ripley, WV 25271-1000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Business Debt - Contractor | |
| | Last 4 digits of account number  PE01 | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Hard Rock Exploration, Inc.** | Case number (if known) | **17-20459** |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,970.00**

**Chapman, William E. Jr & Allene Chapman**
**334 Peniel Road**
**Reedy, WV 25270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **CHAPAL**

Basis for the claim:  **Business Debt - Delay Rental/Lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$455.00**

**Click, Roy Lewis  & Carol Ann**
**522 Mount Alto Road**
**Mount Alto, WV 25264-9708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **IC01**

Basis for the claim:  **Business Debt - Delay Rental/Lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$332.00**

**Cobb, Charles R.**
**7509 Aarons Fork Road**
**Elkview, WV 25071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **BB05**

Basis for the claim:  **Business Debt - Delay Rental/Lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$332.00**

**Cobb, Robert L.**
**419 Sisson Lane**
**Charleston, WV 25320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **BB04**

Basis for the claim:  **Business Debt - Delay Rental/Lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$173.76**

**Cottle, Lester G. II**
**1625 Fawn Lane**
**Huntingdon Valley, PA 19006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **TT20**

Basis for the claim:  **Business Debt - Delay Rental/Lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,112.22**

**Crestwood Transportation, LLC**
**2440 Pershing Road, Suite 600**
**Kansas City, MO 64108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **LLTRAN**

Basis for the claim:  **Business Debt - Hauling/Trucking**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$536.00**

**Criner, Twila A.**
**281 Grace Road**
**Reedy, WV 25270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **IN01**

Basis for the claim:  **Business Debt - Delay Rental/Lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hard Rock Exploration, Inc.** | Case number (if known) | **17-20459** |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address | | **$1,845.00**

**Davis, Donna**
**1097 Kilgore Creek Road**
**Milton, WV 25541**

Date(s) debt was incurred __

Last 4 digits of account number  **VI10**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Delay Rental/Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | | **$10,771.60**

**Davis, Edna**
**1097 Kilgore Creek Road**
**Milton, WV 25541**

Date(s) debt was incurred __

Last 4 digits of account number  **VI11**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Delay Rental/Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | | **$282.19**

**DNOW, L.P.**
**1314 Hansford Street**
**Charleston, WV 25301-1401**

Date(s) debt was incurred __

Last 4 digits of account number  **WW01**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Well Maintenance supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | | **$265.20**

**Elkins, Frankie P.**
**220 Elkins Lane**
**Ashford, WV 25009**

Date(s) debt was incurred __

Last 4 digits of account number  **KI01**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Delay Rental/Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | | **$6,000.00**

**Ellis & Ellis, PLLC**
**United Center Suite 1000**
**500 Virginia St. E.**
**Charleston, WV 25301**

Date(s) debt was incurred __

Last 4 digits of account number  **LI07**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Accounting Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | | **$3,530.00**

**EMATS, Inc.**
**P.O. Box 920**
**Pounding Mill, VA 24637-0920**

Date(s) debt was incurred __

Last 4 digits of account number  **AT01**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Line locate service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | | **$1,201.62**

**Erwin, Kathaleen**
**13 Keeneland Lane**
**Hurricane, WV 25526**

Date(s) debt was incurred __

Last 4 digits of account number  **WI02**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Delay Rental/Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hard Rock Exploration, Inc.** | Case number (if known) | **17-20459** |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,163.50 |
|---|---|---|---|

**Express 4 x4 Truck Rental**
555 W. Street Road
Warminster, PA 18974

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,026.60 |
|---|---|---|---|

**Flint, Robert & Anna Elizabeth**
1649 Charleston Road
Spencer, WV 25276

Date(s) debt was incurred _

Last 4 digits of account number  **IN04**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Delay Rental/Lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $918.96 |
|---|---|---|---|

**Foster, W.F.**
and F.C. Foster Estate c/o Sheila Weiss
186 Willow Bend Way
Osprey, FL 34229

Date(s) debt was incurred _

Last 4 digits of account number  **ST01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Delay Rental/Lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.53 |
|---|---|---|---|

**Frontier**
P.O. Box 20550
Rochester, NY 14602

Date(s) debt was incurred _

Last 4 digits of account number  **ON03**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $290.36 |
|---|---|---|---|

**Hall's Tires, Inc.**
3592 Cedar Lakes Drive
Ripley, WV 25271

Date(s) debt was incurred _

Last 4 digits of account number  **LL05**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Auto repair for Service Trucks**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,124.33 |
|---|---|---|---|

**Harvey, Melvin**
2090 Johnson Fork
Salyersville, KY 41456

Date(s) debt was incurred _

Last 4 digits of account number  **LV02**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Contract Labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,295.00 |
|---|---|---|---|

**Hatcher, Donald R.**
409 Hurricane Avenue
Hurricane, WV 25526

Date(s) debt was incurred _

Last 4 digits of account number  **TC01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Delay Rental/Lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hard Rock Exploration, Inc.** | Case number (if known) | **17-20459** |
|---|---|---|---|
| | Name | | |

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$680.00**

Hill, Daniel B.
P.O. Box 554
Versailles, KY 40383

Date(s) debt was incurred __

Last 4 digits of account number  **LL03**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt - Delay Rental/Lease

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$680.00**

Hill, Elizabeth A.
3931 NW 41st lane
Gainesville, FL 32606

Date(s) debt was incurred __

Last 4 digits of account number  **LL04**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt - Delay Rental/Lease

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$680.00**

Hill, Samual C.  III
P.O. Box 1627
Winter Park, FL 32790

Date(s) debt was incurred __

Last 4 digits of account number  **LL05**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt - Delay Rental/Lease

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,068,387.61**

I/C Hard Rock Land
1244 Martins Branch Road
Charleston, WV 25312

Date(s) debt was incurred __

Last 4 digits of account number  **0HRL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt - Payables

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,302,867.69**

I/C-Caraline Energy Company
1244 Martins Branch Road
Charleston, WV 25312

Date(s) debt was incurred __

Last 4 digits of account number  **0CEC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt - Payables

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$448,434.02**

Intercompany 13A
1244 Martins Branch Road
Charleston, WV 25312

Date(s) debt was incurred __

Last 4 digits of account number  **013A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt - Payabls

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,185,035.75**

Intercompany 14A
1244 Martins Branch Road
Charleston, WV 25312

Date(s) debt was incurred __

Last 4 digits of account number  **014A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt - Payables

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Hard Rock Exploration, Inc.** | Case number (if known) | **17-20459** |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,707.50 |
|---|---|---|---|

**IOGA**
**300 Summers Street, Suite 820**
**Charleston, WV 25301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **GA02**

Basis for the claim:  **Business Debt - Annual Dues**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $242.74 |
|---|---|---|---|

**King's Welding & Supplies**
**2434 Spencer Road**
**Ripley, WV 25271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **NG08**

Basis for the claim:  **Business Debt - Welding truck rental**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $332.00 |
|---|---|---|---|

**Kraus, Valerie**
**18796 Charleston Road**
**Kenna, WV 25248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **AU01**

Basis for the claim:  **Business Debt - Delay Rental/Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.56 |
|---|---|---|---|

**Lanham, Candice**
**1340 Naples Circle, Apt 212**
**Rockledge, FL 32955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **NH01**

Basis for the claim:  **Business Debt - Delay Rental/Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,605.00 |
|---|---|---|---|

**Larch Oil & Gas**
**5 Kimeric Lane**
**Charleston, WV 25313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **RC01**

Basis for the claim:  **Business Debt - Contractor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Laughlin, Gregory**
**301 Chiropractic Drive**
**Mount Zion, WV 26151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt - Note payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,127.00 |
|---|---|---|---|

**Liberty Mutual Insurance**
**P.O. Box 2027**
**Keene, NH 03431-7027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **BE01**

Basis for the claim:  **Business Debt - Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hard Rock Exploration, Inc. | | Case number (if known) | 17-20459 |
|---|---|---|---|---|
| | Name | | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,665.35 |
|---|---|---|---|

**3.52**
Nonpriority creditor's name and mailing address
Lipscomb, Betty Leah
13 Teays Hollow Road
Hurricane, WV 25526

Date(s) debt was incurred _
Last 4 digits of account number  PS02

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt - Delay Rental/Lease

Is the claim subject to offset? ■ No ☐ Yes

$4,665.35

---

**3.53**
Nonpriority creditor's name and mailing address
Longfellow, Wayne
5369 Turkey Fork Road
Sandyville, WV 25275

Date(s) debt was incurred _
Last 4 digits of account number  LONGWA

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt - Delay Rental/Lease

Is the claim subject to offset? ■ No ☐ Yes

$3,580.00

---

**3.54**
Nonpriority creditor's name and mailing address
M2M Data Corporation
345 Inverness Drive S. #C-320
Englewood, CO 80112

Date(s) debt was incurred _
Last 4 digits of account number  MD01

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt - Well Monitoring Service

Is the claim subject to offset? ■ No ☐ Yes

$41,111.97

---

**3.55**
Nonpriority creditor's name and mailing address
Mardi Gras Casino & Resort
Racing Corporation of WV
#1 Greyhound Drive
Charleston, WV 25313

Date(s) debt was incurred _
Last 4 digits of account number  CI01

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$111.87

---

**3.56**
Nonpriority creditor's name and mailing address
MarkWest Hydrocarbon, LLC
1515 Arapahoe Street, Tower 1, Suite 160
Denver, CO 80202

Date(s) debt was incurred _
Last 4 digits of account number  RK02

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt - Gas Transportation Service

Is the claim subject to offset? ■ No ☐ Yes

$30,603.30

---

**3.57**
Nonpriority creditor's name and mailing address
Matney Construction Co. Inc.
P.O. Box 2619
Lebanon, VA 24266

Date(s) debt was incurred _
Last 4 digits of account number  TN02

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt - Contractor

Is the claim subject to offset? ■ No ☐ Yes

$1,215.00

---

**3.58**
Nonpriority creditor's name and mailing address
McCallister, Toby A.
6519 Grand Estuary Trail 102
Milton, WV 25541

Date(s) debt was incurred _
Last 4 digits of account number  CA04

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt - Delay Rental/Lease

Is the claim subject to offset? ■ No ☐ Yes

$1,780.00

| Debtor | **Hard Rock Exploration, Inc.** | Case number (if known) | **17-20459** |
|---|---|---|---|
| | Name | | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $252.40 |
|---|---|---|---|

**McFadden, Patrick**
P.O. Box 801
Clendenin, WV 25045

Date(s) debt was incurred __

Last 4 digits of account number __FA02__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt - Delay Rental/Lease__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $295.20 |
|---|---|---|---|

**McIntyre, Mildred M.**
622 S. Terrace
Huntington, WV 25705

Date(s) debt was incurred __

Last 4 digits of account number __IN01__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt - Delay Rental/Lease__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,775.00 |
|---|---|---|---|

**Meadows, Rosalie E.**
7466 Winfield Road
Winfield, WV 25213

Date(s) debt was incurred __

Last 4 digits of account number __AD05__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt - Delay Rental/Lease__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $865.74 |
|---|---|---|---|

**Mid State/Energy**
1130 Carmack Blvd
Columbia, TN 38401

Date(s) debt was incurred __

Last 4 digits of account number __DS03__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $353.30 |
|---|---|---|---|

**Miss Utility of WV, Inc.**
P.O. Box 11890
Charleston, WV 25339

Date(s) debt was incurred __

Last 4 digits of account number __V811__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt - Line Locate service__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $681.25 |
|---|---|---|---|

**Moncrief, Randall**
4818 Log Cabin Road
Lakeland, FL 33809

Date(s) debt was incurred __

Last 4 digits of account number __NC01__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt - Delay Rental/Lease__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83.76 |
|---|---|---|---|

**Mountaineer Gas Co.**
P.O. Box 5656
Charleston, WV 25361

Date(s) debt was incurred __

Last 4 digits of account number __UN07__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt - Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hard Rock Exploration, Inc.** | | Case number (if known) | **17-20459** |
|---|---|---|---|---|
| | Name | | | |

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $289.96
--- | --- | --- | ---

**MRC Global (US), Inc.**
P.O. Box 204392
Dallas, TX 75320-4392

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt - Well Supplies**

Last 4 digits of account number   **JU01**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,091.26

**Northwestern Mutual**
PO Box 3007
Milwaukee, WI 53201-3007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly Premiums**

Basis for the claim:  **Insurance**

Last 4 digits of account number   **RT02**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,515.00

**OGSYS**
5801 Edwards Rancy Road, Suite 200
Fort Worth, TX 76109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt - Computer Software**

Last 4 digits of account number   **SY01**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.00

**Pace, Emily Ann Starcher**
495 Hobbs Road
Athens, GA 30607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt - Delay Rental/Lease**

Last 4 digits of account number   **CE01**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $295.20

**Payne, Betty Jo**
2202 Lilly Drive
Charleston, WV 25312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt - Delay Rental/Lease**

Last 4 digits of account number   **YN03**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,026.60

**Perrin, Richard R.**
126 Providence Ave, SE
New Philadelphia, OH 44663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt - Delay Rental/Lease**

Last 4 digits of account number   **RR02**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,958.00

**Pi Star Communications, LLC**
118 Rochester Drive
Louisville, KY 40214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Debt - Well Monitoring Service**

Last 4 digits of account number   **ST01**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hard Rock Exploration, Inc.** | | Case number (if known) | **17-20459** |
|---|---|---|---|---|
| | Name | | | |

---

**3.73**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.00 |
|---|---|---|

**Pitney Bowes Global
Financial Services, LLC**
P.O. Box 371887
Pittsburgh, PA 15250-7887

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business Debt - Postage Machine

Last 4 digits of account number  **TN04**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.74**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,026.60 |
|---|---|---|

**Platt, Margaret Ellen Bates**
513 Folly Run
Reedy, WV 25270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business Debt - Delay Rental/Lease

Last 4 digits of account number  **AT21**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.75**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,908.87 |
|---|---|---|

**Purchase Power**
P.O. Box 371874
Pittsburgh, PA 15250-7874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business Debt - Delay Rental/Lease

Last 4 digits of account number  **TN03**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.76**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|

**Putman, Susette C.**
3917 Appletree Drive
Valrico, FL 33594

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business Debt - Delay Rental/Lease

Last 4 digits of account number  **TM01**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.77**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $664.55 |
|---|---|---|

**R.L. Laughlin & Company, Inc.**
5012 W.Washington St, Ste 100
Charleston, WV 25313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business Debt - Well Chart Reading Service

Last 4 digits of account number  **LA01**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.78**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,460.00 |
|---|---|---|

**Rhodes, Toney E.
Dawnna L.romine**
378 Liverpool Road
Reedy, WV 25270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business Debt - Delay Rental/Lease

Last 4 digits of account number  **OD10**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.79**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|

**Riske, Bill**
4639 Treasure Cay Road
Tavares, FL 32778

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business Debt - Delay Rental/Lease

Last 4 digits of account number  **SK01**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Hard Rock Exploration, Inc.** | | Case number (if known) | **17-20459** |
|---|---|---|---|---|
| | Name | | | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $295.20 |
|---|---|---|---|

**Seaton, Sam K.**
**5329 Westbrook Drive**
**Charleston, WV 25313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **SEATSA**

Basis for the claim:  **Business Debt - Delay Rental/Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |
|---|---|---|---|

**Sheppard, William H.**
**7925 October Way**
**Cupertino, CA 95014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **EP03**

Basis for the claim:  **Business Debt - Delay Rental/Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23.69 |
|---|---|---|---|

**Sissonville Public Service District**
**6438 Sissonville Drive**
**Sissonville, WV 25320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **SS03**

Basis for the claim:  **Business Debt - Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,600.20 |
|---|---|---|---|

**Slingerland, James & Margaret**
**141 Folly Run Road**
**Reedy, WV 25270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **IN01**

Basis for the claim:  **Business Debt - Delay Rental/Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $680.00 |
|---|---|---|---|

**Smith, William C.**
**1365 Braewick Drive**
**Morgantown, WV 26505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **IT33**

Basis for the claim:  **Business Debt - Delay Rental/Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $55.00 |
|---|---|---|---|

**Southern Hydrocarbon Corp.**
**934 Little Coal River, Suite B**
**Alum Creek, WV 25003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **UT01**

Basis for the claim:  **Business Debt - Natural Gas Analysis**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $232,500.03 |
|---|---|---|---|

**Stand Energy Corporation**
**1077 Celestial Street, Suite 100**
**Cincinnati, OH 45202-1629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hard Rock Exploration, Inc.** | | Case number (if known) | **17-20459** |
|---|---|---|---|---|
| | Name | | | |

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$451.94**

**Staples Advantage**
**Dept DC**
**P.O. Box 415256**
**Boston, MA 02241-5256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Office Supplies**

Last 4 digits of account number **AP02**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00**

**State Corporation Commission**
**Clerk's office**
**P.O.Box 7607**
**Merrifield, VA 22116-7607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **AT01**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$69.74**

**Stephens, James L. Jr.**
**51 Amber Way**
**Scott Depot, WV 25560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Office Supplies**

Last 4 digits of account number **EP02**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,252.07**

**Steptoe & Johnson PLLC**
**P.O. Box 246**
**Bridgeport, WV 26330-0247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Legal Services**

Last 4 digits of account number **0304**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$366.22**

**Suddenlink**
**P.O. Box 550365**
**Dallas, TX 75266-0365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt - Utilities**

Last 4 digits of account number **DD01**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$57,520.00**

**Suttle & Stalnaker**
**CERTIFIED PUBLIC ACCOUNTANTS**
**1411 VIRGINIA ST.   SUITE #100**
**Charleston, WV 25301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Business Debt - Accounting Services**

Last 4 digits of account number **TT02**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,971,252.43**

**The Huntington National Bank**
**201 High Street, WE0104**
**Morgantown, WV 26505**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Hard Rock Exploration, Inc.** | Case number (if known) | **17-20459** |
|---|---|---|---|
| | Name | | |

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$681.25** |
|---|---|---|---|

**Thomas, Christie**
**1324 Wal Williams Road**
**Lakeland, FL 33809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **OM17**

**Basis for the claim:**  Business Debt - Delay Rental/Lease

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,218.07** |
|---|---|---|---|

**Valley Inc.**
**P.O. Box 100**
**Millwood, WV 25262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **LL02**

**Basis for the claim:**  Business Debt - Stone Road/Compressor Site

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$800.00** |
|---|---|---|---|

**Vance, William L.**
**110 Vance Farm Road**
**Hurricane, WV 25526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **NC03**

**Basis for the claim:**  Business Debt - Delay Rental/Lease

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$164.85** |
|---|---|---|---|

**VUPS**
**P.O. Box 60970**
**Charlotte, NC 28260-0970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **PS01**

**Basis for the claim:**  Business Debt - VA Utility Protection Service

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$390.00** |
|---|---|---|---|

**Walker, Earl & Anita**
**715 Langley Road**
**Sandyville, WV 25275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **LK13**

**Basis for the claim:**  Business Debt - Delay Rental/Lease

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$289.34** |
|---|---|---|---|

**Waste Management, Inc.**
**P.O. Box 13648**
**Philadelphia, PA 19101-3648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **ST01**

**Basis for the claim:**  Business Debt - Utilities

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$806.54** |
|---|---|---|---|

**Wells Fargo Financial Leasing**
**P.O.Box 10306**
**Des Moines, IA 50306-0306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **LL05**

**Basis for the claim:**  Business Debt - Lease Copier

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Hard Rock Exploration, Inc.** | Case number (if known) | **17-20459** |
|---|---|---|---|
| | Name | | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.03 |
|---|---|---|---|

**West Virigina American Water**
P.O. Box 790247
Saint Louis, MO 63179-0247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Utilities**

Last 4 digits of account number  **AW01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $295.20 |
|---|---|---|---|

**White, Rex**
P.O. Box 682
Mason, WV 25260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Delay Rental/Lease**

Last 4 digits of account number  **IT03**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**Whittaker,Brenda K.**
4577 Egypt Road
Smithville, OH 44677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Delay Rental/Lease**

Last 4 digits of account number  **IT05**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $292.20 |
|---|---|---|---|

**Wood, David E. or**
**Elenor A. Wood Living Trust**
1053 Grace Road
Reedy, WV 25270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Delay Rental/Lease**

Last 4 digits of account number  **OD18**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,305.00 |
|---|---|---|---|

**Wood, Patricia Ann**
804 Rider Creek
Hurricane, WV 25526

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Delay Rental/Lease**

Last 4 digits of account number  **OD17**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,200.00 |
|---|---|---|---|

**WV Department of Enviromental Protection**
**Office of Oil and Gas**
601 57th Street SE
Charleston, WV 25304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Assessment Penalty**

Last 4 digits of account number  **WVDEPF**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,615.20 |
|---|---|---|---|

**Young, Gary D. & Penny**
4966 Rocky Step Road
Charleston (Winfield), WV 25313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt - Delay Rental/Lease**

Last 4 digits of account number  **UN07**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others To Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | Hard Rock Exploration, Inc. | Case number (if known) | 17-20459 |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Christopher P. Schueller, Esq.<br>Buchanan Ingersoll & Rooney PC<br>One Oxford Centre<br>301 Grant Street, 20th Floor<br>Pittsburgh, PA 15219-1410 | Line **3.93**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Shawn P. George, Esq.<br>George & Lorensen, PLLC<br>1526 Kanawha Blvd, E.<br>Charleston, WV 25311 | Line **3.50**<br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 35,579.56 |
| 5b. Total claims from Part 2 | 5b. + | $ 26,977,298.05 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 27,012,877.61 |

**Fill in this information to identify the case:**

Debtor name      **Hard Rock Exploration, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)    **17-20459**

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 08/30/2021 | **Alderman, David**<br>**104 Avalon Road**<br>**Summerville, SC 29483** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 07/2/2021 | **Alderman, Matthew**<br>**638 Evansview Road**<br>**Ripley, WV 25271** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 07/02/2021 | **Alderman, Sandra**<br>**1 Blankenship Drive**<br>**Ripley, WV 25271** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 05-18/2020 | **Alford, Keith W. & Dorothy**<br>**304 Teays Lane**<br>**Hurricane, WV 25526** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1   **Hard Rock Exploration, Inc.**
　　　　　First Name　　　Middle Name　　　Last Name

Case number *(if known)*   **17-20459**

 **Additional Page if You Have More Contracts or Leases**

### 2. List all contracts and unexpired leases

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 11/12/2025 | |
| | List the contract number of any government contract | | **Alford, Roger Earl**<br>**Rt 1, Box 491**<br>**Milton, WV 25541** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 08/11/2020 | |
| | List the contract number of any government contract | | **Aliff, Jess & Angela**<br>**1000 Porter Creek Road**<br>**Milton, WV 25541** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 03/10/2020 | |
| | List the contract number of any government contract | | **Archer, Paul**<br>**P.O. Box 1708**<br>**Eustis, FL 32727** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 12/12/2017 | |
| | List the contract number of any government contract | | **Baker, Carl D. & Monica**<br>**1216 Long Hollow road**<br>**Letart, WV 25253-9639** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 12/11/2017 | |
| | List the contract number of any government contract | | **Baker, Kenneth Dwight**<br>**3926 Long Hollow Road**<br>**Letart, WV 25253** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 12/12/2017 | |
| | List the contract number of any | | **Bakers Farm, LLC**<br>**1216 Long Hollow Road**<br>**Letart, WV 25253** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                               Best Case Bankruptcy

Debtor 1    **Hard Rock Exploration, Inc.**                                          Case number *(if known)*   **17-20459**
      First Name     Middle Name     Last Name

## ▮ Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

government contract

| | | |
|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | **12/17/2017** |
| | List the contract number of any government contract | **Bauer, Ronald**<br>**317 Liverpool Road**<br>**Reedy, WV 25270** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Leases** |
| | State the term remaining | **02/09/2020** |
| | List the contract number of any government contract | **Beaver, Bonnie Lou**<br>**2250 Columbia Drive**<br>**Culloden, WV 25510** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | **05/04/2025** |
| | List the contract number of any government contract | **Bird, Dewayne & Sheila**<br>**2180 Cow Creek Road**<br>**Hurricane, WV 25526** |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | **08/04/2025** |
| | List the contract number of any government contract | **Bird, Leonard & Emma**<br>**#2 June Bug Lane**<br>**Winfield, WV 25213** |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | **02/12/2020** |
| | List the contract number of any government contract | **Black, Jack**<br>**2497 Kilgore Creek Road**<br>**Milton, WV 25541** |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | | **Blankenship, Eleanor**<br>**P.O. Box 512**<br>**Ripley, WV 25271** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Hard Rock Exploration, Inc.** | | | Case number *(if known)* | **17-20459** |
| | First Name | Middle Name | Last Name | | |

## ██ **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| State the term remaining | **07/02/2021** | |
| List the contract number of any government contract | | |

| **2.17.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Leases** | |
|---|---|---|---|
| | State the term remaining | **07/27/2025** | **Blumig Family Assoc., LTD Partnership**<br>**176 Bennetts Lane**<br>**Somerset, NJ 08873** |
| | List the contract number of any government contract | | |

| **2.18.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **02/15/2019** | **Board, Larry A.**<br>**8572 Clear Creek Road**<br>**Dorothy, WV 25060** |
| | List the contract number of any government contract | | |

| **2.19.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **05/14/2018** | **Boston, Sam**<br>**1128 Board Church Road**<br>**Letart, WV 25253** |
| | List the contract number of any government contract | | |

| **2.20.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **08/006/2020** | **Bowman, Jerold & Ellen**<br>**2662 Middle Fork Road**<br>**Reedy, WV 25270** |
| | List the contract number of any government contract | | |

| **2.21.** | State what the contract or lease is for and the nature of the debtor's interest | **ATVRental for Field Operator** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Bridgeport Equipment & Tool Sales & Rent**<br>**96 Outdoor Plaza** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor 1   **Hard Rock Exploration, Inc.**
First Name        Middle Name        Last Name                           Case number *(if known)*   **17-20459**

---

| | **Additional Page if You Have More Contracts or Leases** |
|---|---|

**2. List all contracts and unexpired leases**          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Building Lease** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Brothers Realty, LLC** |
| | List the contract number of any government contract | | **1244 Martins Branch Road** |
| | | | **Charleston, WV 25312** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **11/16/2017** | **Burnette, Jackie** |
| | List the contract number of any government contract | | **6404 Cromwell Road** |
| | | | **Lakeland, FL 33809** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **11/12/2025** | **Cain,Sheila; Kirtley, Damien** |
| | List the contract number of any government contract | | **and Hobbs, Megan** |
| | | | **15 Little Creek Road** |
| | | | **Milton, WV 25541** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **04/01/2018** | **Call, Timothy** |
| | List the contract number of any government contract | | **2291 Sugar Camp Road** |
| | | | **Winfield, WV 25213** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **09/25/2025** | **Callow, George A.** |
| | List the contract number of any government contract | | **50 Dicks Run** |
| | | | **Reedy, WV 25270** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **10/01/2025** | **Callow, John M.** |
| | List the contract number of any | | **155 Durmel Drive** |
| | | | **Zanesville, OH 43701** |

Debtor 1   **Hard Rock Exploration, Inc.**                         Case number *(if known)*   **17-20459**
           First Name   Middle Name      Last Name

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

|  | government contract |  |  |
|---|---|---|---|

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **09/30/2017** | **Callow, Stewart** |
| | List the contract number of any government contract | | **474 Parkersbug Road** **Reedy, WV 25270** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **06/03/2025** | **Carney, Dorothy** |
| | List the contract number of any government contract | | **237 1st Avenue** **Ripley, WV 25271** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **09/23/2025** | **Carpenter, Robert & Edna** |
| | List the contract number of any government contract | | **54 Middle Fork Road** **Reedy, WV 25270** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Leases** | |
|---|---|---|---|
| | State the term remaining | **02/09/2020** | **Carroll, Susie Ann** |
| | List the contract number of any government contract | | **1171 N. Poplar Fork Road** **Hurricane, WV 25526** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **06/03/2025** | **Casto, Norma** |
| | List the contract number of any government contract | | **6233 Highland Drive** **Huntington, WV 25705** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | **Click, Roy & Carol** **522 Mount Alto Road** **Mount Alto, WV 25264-9708** |
|---|---|---|---|

Debtor 1    **Hard Rock Exploration, Inc.**

     First Name     Middle Name     Last Name

Case number *(if known)*    **17-20459**

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

|  |  |  |
|---|---|---|
| State the term remaining | **11/29/2017** | |
| List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **11/10/2017** | **Cobb, Charles R.**<br>**7509 Aarons Fork Road**<br>**Elkview, WV 25071** |
| | List the contract number of any government contract | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **11/10/2017** | **Cobb, Robert**<br>**419 Sisson Lane**<br>**Sissonville, WV 25320** |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **03/15/2020** | **Collias, Manual J. & anthony**<br>**306 Crestview Drive**<br>**Charleston, WV 25302** |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **01/27/2020** | **Compston, Rex**<br>**3489 Turkey Fork Road**<br>**Sandyville, WV 25275** |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **06/27/2018** | **Cordeiro, Barbara & Joseph**<br>**P.O.Box 598**<br>**Spencer, WV 25276** |
| | List the contract number of any government contract | | |

Debtor 1    **Hard Rock Exploration, Inc.**    Case number *(if known)*    **17-20459**

First Name    Middle Name    Last Name

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **12/18/2019** | **Cornetet, June Lester** |
| | List the contract number of any government contract | | **2439 Farleigh Road**<br>**Columbus, OH 43232** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **09/22/2025** | **Coyner, Matthew** |
| | List the contract number of any government contract | | **1074 Scott Depot Road**<br>**Scott Depot, WV 25560** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **10/08/2025** | **Criner, Twila A.** |
| | List the contract number of any government contract | | **281 Grace Road**<br>**Reedy, WV 25270** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Leases** | |
|---|---|---|---|
| | State the term remaining | **05/05/2018 and**<br>**05/07/2018** | **Culpepper, Marvin W.** |
| | List the contract number of any government contract | | **616 Stonewall Drive**<br>**Charleston, WV 25302** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **07/31/2020** | **Curry, Ronald & Constance** |
| | List the contract number of any government contract | | **4900 Akai Place**<br>**Princeville, HI 96722** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **01/20/2020** | **Darst, Jack & Janice** |
| | List the contract number of any | | **P.O. Box 277**<br>**Ona, WV 25545** |

Debtor 1   **Hard Rock Exploration, Inc.**
  First Name      Middle Name      Last Name

Case number *(if known)*   **17-20459**

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

|  | government contract |  |
|---|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
|  | State the term remaining | 03/30/2019 | **Davis, Donna** |
|  | List the contract number of any government contract | | **1097 Kilgore Creek Road** **Milton, WV 25541** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Leases** | |
|---|---|---|---|
|  | State the term remaining | 05/12/2019 and 09/25/2019 | **Davis, Edna** |
|  | List the contract number of any government contract | | **1097 Kilgore Creek Road** **Milton, WV 25541** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
|  | State the term remaining | 02/23/2018 | **DeWeese, Catherine Margaret** |
|  | List the contract number of any government contract | | **3797 Thomas Ridge Road** **Leon, WV 25123** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
|  | State the term remaining | 03/3/2020 | **Duffer, Edna** |
|  | List the contract number of any government contract | | **1999 Kilgore CreekRoad** **Milton, WV 25541** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
|  | State the term remaining | 07/08/2025 | **Dunlap, Ronald & Darlina** |
|  | List the contract number of any government contract | | **863 Bills Creek Road** **Winfield, WV 25213** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | **Durhammer, Terry** **Box 810, Oriole Road** **Fraziers Bottom, WV 25082** |
|---|---|---|---|

Debtor 1   **Hard Rock Exploration, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*   **17-20459**

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| State the term remaining | 01/08/2018 | |
| List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 11/20/2017 | **Elkins, Frankie P.**<br>**220 Elkins Lane**<br>**Ashford, WV 25009** |
| | List the contract number of any government contract | | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 10/08/2025 | **Elmore, Kenneth & Connie**<br>**624 N. Ritchie Avenue**<br>**Ravenswood, WV 26164** |
| | List the contract number of any government contract | | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Leases** | |
|---|---|---|---|
| | State the term remaining | 02/09/2020 | **Erwin, Kathaleen**<br>**13 Keeneland Lane**<br>**Hurricane, WV 25526** |
| | List the contract number of any government contract | | |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **3 2017 Chevrolet 2500 Field Operator Trucks** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Express 4 x4 Truck Rental**<br>**555 W. Street Road**<br>**Warminster, PA 18974** |
| | List the contract number of any government contract | | |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 01/27/2020 | **Farley, Stephen & Myrna**<br>**P.O. Box 83**<br>**French Creek, WV 26218** |
| | List the contract number of any government contract | | |

Debtor 1   **Hard Rock Exploration, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*   **17-20459**

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | 04/01/2020 |
| | List the contract number of any government contract | **Gerlach, Timothy & Vera**<br>**6227 Walmott Drive**<br>**Huntington, WV 25705** |
| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | 04/01/2020 |
| | List the contract number of any government contract | **Gibson, Matthew**<br>**Rt 4,Box 236**<br>**Hurricane, WV 25526** |
| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | 01/19/2020 |
| | List the contract number of any government contract | **Gibson, Robert**<br>**54561 Lysein Road**<br>**Powhatan Point, OH 43942** |
| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | 05/13/2020 |
| | List the contract number of any government contract | **Godfrey, John S. & Rebecca**<br>**235 Henson Road**<br>**Hurricane, WV 25526** |
| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Leases** |
| | State the term remaining | 05/21/2020 |
| | List the contract number of any government contract | **Grant, Anna M.**<br>**3575 Karikal Drive**<br>**Westerville, OH 43081** |
| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | 02/09/2020 |
| | List the contract number of any | **Grant, Denver**<br>**P.O. Box 641**<br>**Hurricane, WV 25526** |

Debtor 1    **Hard Rock Exploration, Inc.**
    First Name        Middle Name        Last Name        Case number *(if known)*    **17-20459**

### ▮ Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | government contract | |

| | | |
|---|---|---|
| **2.62.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | 04/11/2018 |
| | List the contract number of any government contract | |

Greathouse, Peggy Sue
1738 Vandale Fork
Spencer, WV 25276

| | | |
|---|---|---|
| **2.63.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | 08/21/2023 |
| | List the contract number of any government contract | |

H3, LLC
1483 John Creek Road
Milton, WV 25541

| | | |
|---|---|---|
| **2.64.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | 12/27/2018 |
| | List the contract number of any government contract | |

Hall, Nancy
4444 Steele Ridge Road
 WV 25167

| | | |
|---|---|---|
| **2.65.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | 11/20/2017 |
| | List the contract number of any government contract | |

Harlow, Richard C.
100 Fairview Street
Spencer, WV 25276

| | | |
|---|---|---|
| **2.66.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | 10/27/2017 |
| | List the contract number of any government contract | |

Harper, Helen
5226 Pioneer Drive
Charleston, WV 25313

| | | |
|---|---|---|
| **2.67.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |

Hart, Clifford J. & Georgia Rita
3940 Thomas Ridge Road
Leon, WV 25123

Debtor 1   **Hard Rock Exploration, Inc.**
　　　　First Name　　　Middle Name　　　Last Name

Case number *(if known)*   **17-20459**

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

|  |  |  |
|---|---|---|
| State the term remaining | 05/29/2018 | |
| List the contract number of any government contract | | |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **06/15/2025** | **Hartley, Randall et al .**<br>**643 Evergreen Hills Road**<br>**Cottageville, WV 25239** |
| | List the contract number of any government contract | | |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **06/22/2025** | **Hatcher, Donald, Anna & William**<br>**409 Hurricane Avenue**<br>**Hurricane, WV 25526** |
| | List the contract number of any government contract | | |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Leases** | |
|---|---|---|---|
| | State the term remaining | **06/04/2025 and 06/22/2025** | **Hatcher, William & Becky**<br>**449 Stewart Road**<br>**Hurricane, WV 25526** |
| | List the contract number of any government contract | | |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **06/01/2025** | **Hensley, James**<br>**79 South Bruce Street**<br>**Little Hocking, OH 45742** |
| | List the contract number of any government contract | | |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Leases** | |
|---|---|---|---|
| | State the term remaining | **07/27/2020** | **Holley, Joseph & Joyce**<br>**2872 Cow Creek Road**<br>**Hurricane, WV 25526** |
| | List the contract number of any government contract | | |

Official Form 206G　　　**Schedule G: Executory Contracts and Unexpired Leases**　　　Page 13 of 31

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

Debtor 1  **Hard Rock Exploration, Inc.**
    First Name     Middle Name        Last Name          Case number *(if known)*  **17-20459**

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | **12/18/2019** |
| | List the contract number of any government contract | **Hoolahan, Patrick & Tracy**<br>**313 Liverpool Road**<br>**Reedy, WV 25270** |
| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | **07/31/2025** |
| | List the contract number of any government contract | **Huff, Joseph M.**<br>**809 Mozart Road**<br>**Wheeling, WV 26003** |
| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | **09/03/2025** |
| | List the contract number of any government contract | **Huff, William D.**<br>**123 Hartley Hill road**<br>**Wellsburg, WV 26070** |
| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | **09/22/2025** |
| | List the contract number of any government contract | **Huggins, Sharon & Lewis D.**<br>**314 E. 4th Streeet**<br>**Williamstown, WV 26187** |
| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | **09/28/2025** |
| | List the contract number of any government contract | **Hutson, Donna H.**<br>**22 Duke Avenue**<br>**Purvis, MS 39475** |
| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | **10/12/2025** |
| | List the contract number of any | **Jackson, Frances Jean**<br>**304 Concord Drive**<br>**Clinton, MS 39056** |

Debtor 1   **Hard Rock Exploration, Inc.**
First Name      Middle Name      Last Name

Case number (if known)   **17-20459**

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

government contract

| | | |
|---|---|---|
| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | **06/03/2025** |
| | List the contract number of any government contract | |

**Jenks, Katherine**
**100 Poteat Place**
**Franklin, TN 37064**

| | | |
|---|---|---|
| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | **11/22/2017** |
| | List the contract number of any government contract | |

**Kessell, Teresa**
**20020 Graham Station Road**
**Letart, WV 25253-9514**

| | | |
|---|---|---|
| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | **09/2/2020** |
| | List the contract number of any government contract | |

**King, Richard & Ruth Ann**
**3018 Cow Creek Road**
**Mason, WV 25260**

| | | |
|---|---|---|
| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | **07/21/2025** |
| | List the contract number of any government contract | |

**Kingery, Roger D. & Sandra S.**
**4290 Little Cabell Creek Road**
**Ona, WV 25545**

| | | |
|---|---|---|
| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | **11/10/2017** |
| | List the contract number of any government contract | |

**Kraus, Valerie**
**18796 Charleston Road**
**Kenna, WV 25248**

| | | |
|---|---|---|
| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |

**Kyanko, Mari J.**
**3562 Bealls Ridge Road**
**Wellsburg, WV 26070**

Debtor 1  **Hard Rock Exploration, Inc.**
First Name  Middle Name  Last Name

Case number *(if known)*  **17-20459**

▮ **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| State the term remaining | 07/23/2025 | |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.85.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
| | State the term remaining | 08/04/2019 | **Lawrence, Ted Thorn**<br>**860 Bend Way**<br>**Knoxville, TN 37922** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.86.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
| | State the term remaining | 01/30/2020 | **Leadmon, Michael Joe & Marsha**<br>**Rt 4, Box 390**<br>**Hurricane, WV 25526** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.87.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
| | State the term remaining | 12/03/2017 | **Ledsome, Heisel & Myrtole**<br>**933 Cains Run Road**<br>**Reedy, WV 25270** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.88.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
| | State the term remaining | 12/12/2017 | **Legg, Forest & Georgia**<br>**14722 Ripley Road**<br>**Letart, WV 25253** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.89.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Leases** | |
| | State the term remaining | 05/11/2020 | **Lipscomb, Clinton & Betty**<br>**13 Teays Hollow Road**<br>**Hurricane, WV 25526** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1   **Hard Rock Exploration, Inc.**

First Name          Middle Name          Last Name          Case number *(if known)*   **17-20459**

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with
whom the debtor has an executory contract or unexpired
lease

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **11/03/2018** | **Longfellow, Wayne** |
| | List the contract number of any government contract | | **5369 Turkey Fork Road** |
| | | | **Sandyville, WV 25275** |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **04/03/2020** | **McCallister,Toby A.** |
| | List the contract number of any government contract | | **6519 Grandy Estuary Trail 102** |
| | | | **Bradenton, FL 34212** |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **07/27/2018** | **McClung, Kennith E. & Elika M.** |
| | List the contract number of any government contract | | **805 Fairview Ridge Road** |
| | | | **Palestine, WV 26160** |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **05/05/2025** | **McCulloch, Ann** |
| | List the contract number of any government contract | | **197 Blue Moon Drive** |
| | | | **Charleston, WV 25320** |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **04/01/2020** | **McDaniel, Randall** |
| | List the contract number of any government contract | | **650 Sugar Camp Road** |
| | | | **Winfield, WV 25213** |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **11/20/2017** | **McIntyre, Mildred M.** |
| | List the contract number of any | | **622 S. Terrace** |
| | | | **Huntington, WV 25705** |

Debtor 1   **Hard Rock Exploration, Inc.**                                      Case number (*if known*)   **17-20459**
     First Name     Middle Name     Last Name

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

|  |  |  |
|---|---|---|
| | government contract | |
| **2.96.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | 01/28/2020 |
| | List the contract number of any government contract | **McLaughlin, Jaclyn & Dalani Life Estate**<br>**2206 Coleman Creek Road**<br>**Fraziers Bottom, WV 25082** |
| **2.97.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | 05/01/2018 |
| | List the contract number of any government contract | **McMillion, Gail**<br>**504 Kanawha Blvd. West**<br>**Charleston, WV 25302** |
| **2.98.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | 09/16/2025 |
| | List the contract number of any government contract | **McNeel, David & Sabrina**<br>**10127 Winfield Road**<br>**Winfield, WV 25213** |
| **2.99.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | 06/08/2025 |
| | List the contract number of any government contract | **Meadows, Rosalie, Meadows, John**<br>**Meadows, Justin, Meadows, Clifton**<br>**7466 Winfield Road**<br>**Winfield, WV 25213** |
| **2.100.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | 05/29/2020 |
| | List the contract number of any government contract | **Meeks, Robert Thor**<br>**P.O. Box 1046**<br>**Hurricane, WV 25526** |
| **2.101.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | **Meeks, Robert, Meeks, Melissa,**<br>**Meeks, Arthur, Tamara Gail**<br>**P.O. Box 1046**<br>**Hurricane, WV 25526** |

Official Form 206G            **Schedule G: Executory Contracts and Unexpired Leases**            Page 18 of 31

Debtor 1  **Hard Rock Exploration, Inc.** _____   Case number (*if known*)  **17-20459**
_____   First Name   Middle Name   _____   Last Name

### ▊ Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | |
|---|---|
| State the term remaining | **05/29/2020** |
| List the contract number of any government contract | |

| | | |
|---|---|---|
| **2.102.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | **12/28/2017** |
| | List the contract number of any government contract | **Methany, Jerry**<br>**962 Chester Avenue**<br>**Akron, OH 44314** |

| | | |
|---|---|---|
| **2.103.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | **08/05/2025** |
| | List the contract number of any government contract | **Miller, Ann Conner**<br>**991 Peach Ridge Road**<br>**Hurricane, WV 25526** |

| | | |
|---|---|---|
| **2.104.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Leases** |
| | State the term remaining | **12/04/2017** |
| | List the contract number of any government contract | **Miller, Carolyn & Donald R.**<br>**3491 Thomas Ridge Road**<br>**Leon, WV 25131** |

| | | |
|---|---|---|
| **2.105.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | **07/01/2020** |
| | List the contract number of any government contract | **Milton, Maurice**<br>**5888 US Route 60**<br>**Hurricane, WV 25526** |

| | | |
|---|---|---|
| **2.106.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | **05/13/2020** |
| | List the contract number of any government contract | **Morris, Phillip**<br>**5007 Bennington Drive**<br>**Charleston, WV 25313** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1   **Hard Rock Exploration, Inc.** _____
        First Name   Middle Name   Last Name                              Case number *(if known)*   **17-20459**

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.107.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | 04/27/2020 |
| | List the contract number of any government contract | |

**Mynes, Chester Frank, Varian, Donna and Mynes, Polly**
**193 Henson Road**
**Hurricane, WV 25526**

| | | |
|---|---|---|
| **2.108.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | 10/15/2025 |
| | List the contract number of any government contract | |

**Norman, Ernest L. & Sandra K.**
**7345 Orchard View SE**
**East Canton, OH 44730**

| | | |
|---|---|---|
| **2.109.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | 05/01/2018 |
| | List the contract number of any government contract | |

**O'Dell, Dustin**
**329 Hawthorne Drive**
**Charleston, WV 25302**

| | | |
|---|---|---|
| **2.110.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | 05/01/2018 |
| | List the contract number of any government contract | |

**O'Dell, Gary**
**604 Hall Street**
**Charleston, WV 25302**

| | | |
|---|---|---|
| **2.111.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | 10/30/2025 |
| | List the contract number of any government contract | |

**Pace, Emily Ann Starcher**
**495 Hobbs Road**
**Athens, GA 30607**

| | | |
|---|---|---|
| **2.112.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | 09/18/2020 |
| | List the contract number of any | |

**Palmer, Paul M. & Ida**
**8442 Windy Ridge Road**
**Sandyville, WV 25275**

Debtor 1   **Hard Rock Exploration, Inc.**
First Name   Middle Name   Last Name

Case number *(if known)*   **17-20459**

### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | |
|---|---|
| government contract | |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Leases** | |
|---|---|---|---|
| | State the term remaining | 09/29/2025 | **Parsons, Nettie Catherine**<br>**846 Boggs Fork**<br>**Spencer, WV 25276** |
| | List the contract number of any government contract | | |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 07/02/2021 | **Patterson, Janet & Charles**<br>**149 Sunset Ridge Road**<br>**Cottageville, WV 25239** |
| | List the contract number of any government contract | | |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 11/20/2017 | **Payne, Betty Jo**<br>**2202 Lilly Drive**<br>**Charleston, WV 25312** |
| | List the contract number of any government contract | | |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 03/11/2020 | **Phelps, Ethel**<br>**445 Cow Creek Road**<br>**Hurricane, WV 25526** |
| | List the contract number of any government contract | | |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Leases** | |
|---|---|---|---|
| | State the term remaining | 03/11/2020 | **Phelps, Ethel, Meddings, Jennifer, Grant Denzil**<br>**445 Cow Creek Road**<br>**Hurricane, WV 25526** |
| | List the contract number of any government contract | | |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | **Pickens, Philip & Virginia D.**<br>**1506 Norway road**<br>**Huntington, WV 25705** |
|---|---|---|---|

Debtor 1    **Hard Rock Exploration, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*    **17-20459**

![black box] **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | |
|---|---|
| State the term remaining | **02/13/2018** |
| List the contract number of any government contract | |

| | | |
|---|---|---|
| **2.119.** | State what the contract or lease is for and the nature of the debtor's interest | **Postage Machine Lease** |
| | State the term remaining | **6/2018** |
| | List the contract number of any government contract | |

**Pitney Bowes Global
Financial Services, LLC
P.O. Box 371887
Pittsburgh, PA 15250-7887**

| | | |
|---|---|---|
| **2.120.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | **07/02/2021** |
| | List the contract number of any government contract | |

**Powers, Judith & David
79 Shayla Lane
Ripley, WV 25271**

| | | |
|---|---|---|
| **2.121.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Leases** |
| | State the term remaining | **11/23/2025** |
| | List the contract number of any government contract | |

**Putman, Susette C.
3917 Appletree Drive
Valrico, FL 33594**

| | | |
|---|---|---|
| **2.122.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | **04/01/2020** |
| | List the contract number of any government contract | |

**Quade, Judy
P.O. Box 61
Bancroft, WV 25011**

| | | |
|---|---|---|
| **2.123.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** |
| | State the term remaining | **01/07/2018** |
| | List the contract number of any government contract | |

**Randolph, Douglas Brooks
RR 2,Box 135 A
Leon, WV 25123-9629**

| Debtor 1 | **Hard Rock Exploration, Inc.** | | | Case number *(if known)* | **17-20459** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## ▊ Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**2.124.** State what the contract or lease is for and the nature of the debtor's interest

**Oil and Gas Lease**

State the term remaining  **04/11/2018**

List the contract number of any government contract

Randolph, Norma Jean
109 South Currie Drive
Sanford, NC 27330

**2.125.** State what the contract or lease is for and the nature of the debtor's interest

**Oil and Gas Lease**

State the term remaining  **01/09/2018**

List the contract number of any government contract

Randolph, Randy Lee
Rt 2,Box 129
Leon, WV 25123

**2.126.** State what the contract or lease is for and the nature of the debtor's interest

**Oil and Gas Lease**

State the term remaining  **01/09/2018**

List the contract number of any government contract

Randolph, Rowdy Lee
23313 Ripley Road
Leon, WV 25123

**2.127.** State what the contract or lease is for and the nature of the debtor's interest

**Oil and Gas Lease**

State the term remaining  **01/07/2018**

List the contract number of any government contract

Randolph, Saundra Christine
23313 Ripley Road
Leon, WV 25123

**2.128.** State what the contract or lease is for and the nature of the debtor's interest

**Oil and Gas Lease**

State the term remaining  **01/16/2018**

List the contract number of any government contract

Reip, Robert & Donna
794 Liverpool Road
Reedy, WV 25270

**2.129.** State what the contract or lease is for and the nature of the debtor's interest

**Oil and Gas Leases**

State the term remaining  **11/24/2017**

List the contract number of any

Rhodes, Toney & Dawnna
378 Liverpool Road
Reedy, WV 25270

Debtor 1   **Hard Rock Exploration, Inc.**                                    Case number *(if known)*   **17-20459**
First Name        Middle Name        Last Name

███   **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                     State the name and mailing address for all other parties with
whom the debtor has an executory contract or unexpired
lease

| | |
|---|---|
| government contract | |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 08/26/2019 | **Robinson, Peggy Lawrence**<br>**2825 W. Club Drive**<br>**Salem, VA 24153** |
| | List the contract number of any government contract | | |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 03/20/2020 | **Rowsey, Gary and Carolyn**<br>**Rt 1, Box 448**<br>**Milton, WV 25541** |
| | List the contract number of any government contract | | |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Leases** | |
|---|---|---|---|
| | State the term remaining | 01/11/2018 | **Ruben, Wesley Dale & Jonathan W.**<br>**315 Evans Grove Drive**<br>**Evans, WV 25241-9759** |
| | List the contract number of any government contract | | |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 06/09/2025 | **Ruby, Ray Rodman**<br>**P.O. Box 128**<br>**Lake Harbor, FL 33459** |
| | List the contract number of any government contract | | |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 11/20/2017 | **Seaton, Sam K.**<br>**5329 Westbrook Drive**<br>**Charleston, WV 25313** |
| | List the contract number of any government contract | | |

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | **Sheppard, William H.**<br>**7925 October Way**<br>**Cupertino, CA 95014** |
|---|---|---|---|

| | | |
|---|---|---|
| Debtor 1 | **Hard Rock Exploration, Inc.** | Case number *(if known)*  **17-20459** |
| | First Name   Middle Name   Last Name | |

### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| State the term remaining | 10/19/2025 | |
| List the contract number of any government contract | | |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 10/30/2025 | **Shirley, Zakara**<br>**2715 EvansRoad**<br>**Leon, WV 25123-9640** |
| | List the contract number of any government contract | | |

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 05/12/2020 | **Smith, Claxton & Patsy**<br>**5094 Teays Valley Road**<br>**Scott Depot, WV 25560** |
| | List the contract number of any government contract | | |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 04/11/2018 | **Stahlman, Anna**<br>**HC 71 Box 155**<br>**Duck, WV 25063** |
| | List the contract number of any government contract | | |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 04/11/2018 | **Stahlman, Paul & Martha**<br>**3739 Gay Road**<br>**Ripley, WV 25271** |
| | List the contract number of any government contract | | |

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 06/03/2025 | **Stalnaker, Robert & Peggy**<br>**816 Virginia Street**<br>**Ravenswood, WV 26164** |
| | List the contract number of any government contract | | |

Debtor 1   **Hard Rock Exploration, Inc.**                                    Case number *(if known)*   **17-20459**
First Name   Middle Name   Last Name

▮   **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                 State the name and mailing address for all other parties with
                                                               whom the debtor has an executory contract or unexpired
                                                               lease

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Leases** | |
|---|---|---|---|
| | State the term remaining | 01/01/2018 | **Stearns, James S. & Michael A.**<br>**507 McNell Avenue**<br>**Point Pleasant, WV 25550** |
| | List the contract number of any government contract | | |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 12/12/2017 | **Stephens, Arthur**<br>**436 Pierce Road**<br>**Leon, WV 25123** |
| | List the contract number of any government contract | | |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 12/04/2017 | **Stewart, Jack**<br>**680 Dotson Memorial Road**<br>**Palestine, WV 26160** |
| | List the contract number of any government contract | | |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 09/21/2020 | **Sullivan, John L. & Barbara**<br>**412 Lockhart Fork Road**<br>**Sandyville, WV 25275** |
| | List the contract number of any government contract | | |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 10/16/2025 | **Tarowky, Mary Judith**<br>**39 Oak Drive**<br>**Saint Clairsville, OH 43950** |
| | List the contract number of any government contract | | |

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | 08/26/2019 | **Tate, Rita B.**<br>**1608 Bend Way**<br>**Knoxville, TN 37922** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor 1  **Hard Rock Exploration, Inc.**                          Case number *(if known)*   **17-20459**
         First Name    Middle Name       Last Name

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

|  | government contract | | |
|---|---|---|---|

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
|  | State the term remaining | **01/11/2018** | |
|  | List the contract number of any government contract | | **Thomas, Arvin<br>780 Brush Run<br>Gay, WV 25244** |

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
|  | State the term remaining | **05/28/2025** | |
|  | List the contract number of any government contract | | **Thomas, Herald K.<br>1122 Turkey Fork Road<br>Sandyville, WV 25275** |

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
|  | State the term remaining | **04/06/2019** | |
|  | List the contract number of any government contract | | **Vance, Warrne G.<br>110 Vance Farm Road<br>Hurricane, WV 25526** |

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
|  | State the term remaining | **02/23/2020** | |
|  | List the contract number of any government contract | | **Venoy, Larry & Janet<br>13 Little Creek Road<br>Milton, WV 25541** |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
|  | State the term remaining | **09/23/2025** | |
|  | List the contract number of any government contract | | **Walker, Earl R. & Anita K.<br>715 Langley Road<br>Sandyville, WV 25275** |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
|  | | | **Waller, Judith G. Greenwood<br>9 Vail Drive<br>Ripley, WV 25271** |

Debtor 1    **Hard Rock Exploration, Inc.**
     First Name      Middle Name      Last Name        Case number *(if known)*    **17-20459**

---

▮    **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

|  |  |  |
|---|---|---|
| State the term remaining | 05/07/2018 | |
| List the contract number of any government contract | | |

**2.153.** State what the contract or lease is for and the nature of the debtor's interest    **Oil and Gas Leases**

| | | |
|---|---|---|
| State the term remaining | 10/21/2025 | **Waller, Louise H.**<br>**172 S. Eagle Ridge Drive**<br>**Florence, MS 39073** |
| List the contract number of any government contract | | |

**2.154.** State what the contract or lease is for and the nature of the debtor's interest    **Oil and Gas Lease**

| | | |
|---|---|---|
| State the term remaining | 05/15/2018 | **Wamsley, Gregory W. & Juli**<br>**141 Geer Road**<br>**Point Pleasant, WV 25550-9797** |
| List the contract number of any government contract | | |

**2.155.** State what the contract or lease is for and the nature of the debtor's interest    **Oil and Gas Leases**

| | | |
|---|---|---|
| State the term remaining | 03/10/2020 | **Waugh, Elmer, Tony Darin. Troy Dalvin**<br>**Timothy Donald**<br>**Rt 1, Box 382**<br>**Milton, WV 25541** |
| List the contract number of any government contract | | |

**2.156.** State what the contract or lease is for and the nature of the debtor's interest    **Oil and Gas Lease**

| | | |
|---|---|---|
| State the term remaining | 03/10/2020 | **Waugh, Tim**<br>**199 Sugar Run**<br>**Milton, WV 25541** |
| List the contract number of any government contract | | |

**2.157.** State what the contract or lease is for and the nature of the debtor's interest    **Oil and Gas Leases**

| | | |
|---|---|---|
| State the term remaining | 03/10/2020 | **Waugh, Tony & Stephanie**<br>**Rt 1, Box 424**<br>**Milton, WV 25541** |
| List the contract number of any government contract | | |

---

Debtor 1   **Hard Rock Exploration, Inc.**
First Name      Middle Name         Last Name      Case number *(if known)*   **17-20459**

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
| | State the term remaining | **10-09/2025** | **Weiford, Robert & Patricia** |
| | List the contract number of any government contract | | **114 Shelly Lane** **Winfield, WV 25213** |

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
| | State the term remaining | **07/30/2025** | **Wellman, Joann** |
| | List the contract number of any government contract | | **811 Terika Drive** **Follansbee, WV 26037** |

| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Finance Agreement - Sharp Color System, Finisher and Fax Kit** | |
| | State the term remaining | **15** | **Wells Fargo Financial Leasing, Inc.** |
| | List the contract number of any government contract | | **P.O.Box 10306** **Des Moines, IA 50306-0306** |

| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
| | State the term remaining | **01/15/2018** | **Wells, Arlene** |
| | List the contract number of any government contract | | **217 Lakeview Ddrive** **Winfield, WV 25213** |

| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
| | State the term remaining | **01/19/2026** | **Whitaker,Brenda K.** |
| | List the contract number of any government contract | | **4577 Egypt Road** **Smithville, OH 44677** |

| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
| | State the term remaining | **11/20/2017** | **White, Rex** |
| | List the contract number of any | | **P.O. Box 682** **Mason, WV 25260** |

Debtor 1    **Hard Rock Exploration, Inc.**
     First Name    Middle Name         Last Name             Case number *(if known)*    **17-20459**

### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

|  |  |  |
|---|---|---|
| | government contract | |

| | | | |
|---|---|---|---|
| **2.164.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Leases** | |
| | State the term remaining | **04/15/2025 and 05/11/2025** | **Wick, Frances Kay**<br>**2648 Lansing Drive SW**<br>**Roanoke, VA 24015** |
| | List the contract number of any government contract | | |
| **2.165.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
| | State the term remaining | **05/01/2025** | **Williams, Nancy & Bowles, Carolyn**<br>**215 Melrose Drive**<br>**Hurricane, WV 25526** |
| | List the contract number of any government contract | | |
| **2.166.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
| | State the term remaining | **01/22/2018** | **Wilson, Carl R. & ann J.**<br>**5132 Thomas Ridge Road**<br>**Leon, WV 25123** |
| | List the contract number of any government contract | | |
| **2.167.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
| | State the term remaining | **08/03/2020** | **Winski, Onalee**<br>**P.O. Box 118**<br>**Follansbee, WV 26037** |
| | List the contract number of any government contract | | |
| **2.168.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
| | State the term remaining | **05/29/2020** | **Winters, Tamara Gail**<br>**150 Lower Overlook Road**<br>**Hurricane, WV 25526** |
| | List the contract number of any government contract | | |
| **2.169.** | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | **Wood, Eleanor**<br>**1053 Grace Road**<br>**Reedy, WV 25270** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor 1  **Hard Rock Exploration, Inc.**                                  Case number *(if known)*   **17-20459**
    First Name     Middle Name     Last Name

### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| State the term remaining | **10/08/2025** | |
| List the contract number of any government contract | | |

| 2.170. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **05/18/2020** | **Wood, Patricia Ann**<br>**804 Rider Creek**<br>**Hurricane, WV 25526** |
| | List the contract number of any government contract | | |

| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **05/18/2020** | **Workman, Jessica & Bonnie**<br>**47 Marina Park Road**<br>**Hurricane, WV 25526** |
| | List the contract number of any government contract | | |

| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Leases** | |
|---|---|---|---|
| | State the term remaining | **04/15/2019** | **Young, Gary & Penny**<br>**4966 Rocky Step Road**<br>**Charleston, WV 25313** |
| | List the contract number of any government contract | | |

| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | **Oil and Gas Lease** | |
|---|---|---|---|
| | State the term remaining | **10/13/2025** | **Young, Guy**<br>**5919 Fieldstone Road**<br>**Richmond, VA 23234** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Hard Rock Exploration, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)   **17-20459**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: *Codebtor*                                                                Column 2: *Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Blue Jacket Gathering, LLC** | **1244 Martins Branch Road Charleston, WV 25312** | **The Huntington National Bank** | ☐ D ____<br>■ E/F __3.93__<br>☐ G ____ |
| 2.2 | **Blue Jacket Gathering, LLC** | **1244 Martins Branch Road Charleston, WV 25312** | **The Huntington National Bank** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Blue Jacket Partnership** | **1244 Martins Branch Road Charleston, WV 25312** | **The Huntington National Bank** | ☐ D ____<br>■ E/F __3.93__<br>☐ G ____ |
| 2.4 | **Blue Jacket Partnership** | **1244 Martins Branch Road Charleston, WV 25312** | **The Huntington National Bank** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | **Brothers Realty, LLC** | **1244 Martins Branch Road Charleston, WV 25312** | **The Huntington National Bank** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Hard Rock Exploration, Inc.** | | Case number *(if known)* | **17-20459** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor | Column 2: Creditor

| | | | | |
|---|---|---|---|---|
| 2.6 | **Brothers Realty, LLC** | **1244 Martins Branch Road** <br> **Charleston, WV 25312** | **The Huntington National Bank** | ☐ D _____ <br> ■ E/F __3.93__ <br> ☐ G _____ |
| 2.7 | **Caraline Energy Company** | **1244 Martins Branch Road** <br> **Charleston, WV 25312** | **The Huntington National Bank** | ☐ D _____ <br> ■ E/F __3.93__ <br> ☐ G _____ |
| 2.8 | **Caraline Energy Company** | **1244 Martins Branch Road** <br> **Charleston, WV 25312** | **The Huntington National Bank** | ■ D __2.6__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.9 | **Francisco, Monica R.** | **51 Amber Way** <br> **Scott Depot, WV 25560** | **The Huntington National Bank** | ☐ D _____ <br> ■ E/F __3.93__ <br> ☐ G _____ |
| 2.10 | **Laughlin, Gregory** | **301 Chiropractic Drive** <br> **Mount Zion, WV 26151** | **The Huntington National Bank** | ■ D __2.6__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.11 | **Laughlin, Gregory** | **301 Chiropractic Drive** <br> **Mount Zion, WV 26151** | **The Huntington National Bank** | ☐ D _____ <br> ■ E/F __3.93__ <br> ☐ G _____ |
| 2.12 | **Stephens, James L. Jr.** | **51 Amber Way** <br> **Scott Depot, WV 25560** | **The Huntington National Bank** | ■ D __2.6__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.13 | **Stephens, James L. Jr.** | **51 Amber Way** <br> **Scott Depot, WV 25560** | **The Huntington National Bank** | ☐ D _____ <br> ■ E/F __3.93__ <br> ☐ G _____ |

| Debtor | **Hard Rock Exploration, Inc.** | | Case number *(if known)* | **17-20459** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | Yost, Duane | 313 Steele Hill Road<br>Mount Morris, PA 15349 | The Huntington<br>National Bank | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | Yost, Duane | 313 Steele Hill Road<br>Mount Morris, PA 15349 | The Huntington<br>National Bank | ☐ D _____<br>■ E/F ___3.93___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Hard Rock Exploration, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)    **17-20459**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other  **Well Income** | **$1,862,815.63** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  **Well Income** | **$2,603,314.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor   **Hard Rock Exploration, Inc.**   Case number (if known)   **17-20459**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. See attached | 06/05/2017-0<br>9/05/2017 | $1,053,906.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other **Retainers for Legal**<br>**services** |

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Stephens, James L. Jr.<br>51 Amber Way<br>Scott Depot, WV 25560<br>President | 9/30/2016-8/3<br>1/2017 | $270,940.20 | Salary |
| 4.2. Francisco, Monica R.<br>51 Amber Way<br>Scott Depot, WV 25560<br>Vice President | 9/30/2016-08/<br>31/2017 | $133,000.00 | Salary and Auto Allowance |
| 4.3. Yost, Duane<br>211 Steele Hill Road<br>Mount Morris, PA 15349<br>Secretary/Treasurer | 3/3/2017-6/30<br>/2017 | $51,969.46 | Monthly Interest Payment on<br>2015 Loan, Oil and Gas<br>Revenue Distribution-Working<br>Interest payments |
| 4.4. Scarberry, Phillip<br>1792 Statts Mill Road<br>Ripley, WV 25271<br>Investor | 09/30/2016-0<br>6/30/2017 | $6,641.02 | Oil and Gas Revenue<br>Distributions |
| 4.5. J & M Resources<br>51 Amber Way<br>Scott Depot, WV 25560 | 03/31/2017 | $62.93 | Oil and Gas Revenue<br>Distributions- Working Interest |

---

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Hard Rock Exploration, Inc.**                                    Case number *(if known)*   **17-20459**

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Hard Rock Exploration, Inc, et al<br>v.<br>The Huntington National Bank<br>16-C-171 | Civil | Circuit Court of Monongalia County WV<br>75 High Street<br>Morgantown, WV 26505 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Hard Rock Exploration, Inc. et al<br>v.<br>The Huntington National Bank<br>17-MP-00001 | Removal to Bankruptcy Court | U.S. Bankruptcy Court Northern District of WV<br>324 W. Main Street<br>Clarksburg, WV 26301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | The Huntington National Bank<br>v.<br>Hard Rock Exploration, Inc. et al.<br>16-CV-00048 | Civil | U.S. District Court Northern District of WV<br>217 W. King Street<br>Martinsburg, WV 25401 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Sarah Tanner<br>v.<br>Hard Rock Exploration, Inc. et al.<br>16-C-568 | Breach of Written Employment Agreement | Circuit Court of Kanawha County, WV<br>111 Court Street, Fl 2<br>Charleston, WV 25301 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

Debtor   **Hard Rock Exploration, Inc.**                    Case number (if known)  **17-20459**

---

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing
of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy
relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Fowler Bell PLLC** <br> **300 W. Vine Street, Suite 600** <br> **Lexington, KY 40507-1751** | | **9/2017** | **$115,000.00** |
| | **Email or website address** <br> **TMcKinstry@Fowlerlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within
2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include
both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | **Larch Oil & Gas** <br> **5 Kimeric Lane** <br> **Charleston, WV 25313** | **3 2011 Ford F-250 vehicles sold to Recipient** | **08/01/2017** | **$9,500.00** |
| | **Relationship to debtor** | | | |

---

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

---

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 4

Debtor  **Hard Rock Exploration, Inc.**                                    Case number *(if known)*  **17-20459**

---

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    **Social Security Numbers amd Tax Identification Numbers for 1099 Tax purposes only**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **The Huntington National Bank**<br>**201 High Street,  WE0104**<br>**Morgantown, WV 26505** | XXXX-2851 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 6/30/2017 | $0.00 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐   No.
■   Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **West Virginia Department of Environmental Protection Office of Oil and Gas and Steven & Beverly Hodge**<br>**v.**<br>**Hard Rock Exploration, Inc.**<br>**Violation #9394** | **WV Department of Enviromental Protection Office of Oil and Gas 601 57th Street SE Charleston, WV 25304** | **Cease Operations: finding of Imminent Danger Insurance paid to Repair Slip on 8/29/2016** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **West Virginia Department of Environmental Protection**<br>**v.**<br>**Hard Rock Exploration, Inc.**<br>**Consent Order 2016-18** | **WV Department of Enviromental Protection Office of Oil and Gas 601 57th Street SE Charleston, WV 25304** | **Notice of Violation 9490** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■   No.
☐   Yes. Provide details below.

Debtor   **Hard Rock Exploration, Inc.**                                    Case number *(if known)*   **17-20459**

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. **Blue Jacket Partnership**<br>**1244 Martins Branch Road**<br>**Charleston, WV 25312** | **Natural Gas** | **Dates business existed**<br>EIN:     **27-0667780**<br><br>From-To   **2004 - present** |
| 25.2. **Hard Rock Partners 2009-A,**<br>**L.P.**<br>**1244 Martins Branch Road**<br>**Charleston, WV 25312** | **Drilling Natural Gas development wells.** | EIN:<br><br>From-To   **2009-present** |
| 25.3. **Hard Rock Partners 2010-A,**<br>**L.P.**<br>**1244 Martins Branch Road**<br>**Charleston, WV 25312** | **Drilling Natural Gas development wells.** | EIN:<br><br>From-To   **2010-present** |
| 25.4. **Hard Rock Partners 2011-A,**<br>**L.P.**<br>**1244 Martins Branch Road**<br>**Charleston, WV 25312-1000** | **Drilling Natural Gas development wells** | EIN:<br><br>From-To   **2011-present** |
| 25.5. **Hard Rock Partners 2012-A,**<br>**L.P.**<br>**1244 Martins Branch Road**<br>**Charleston, WV 25312** | **Drilling Natural Gas development wells.** | EIN:<br><br>From-To   **2012-present** |
| 25.6. **Hard Rock Partners 2013,**<br>**L.P.**<br>**1244 Martins Branch Road**<br>**Charleston, WV 25312** | **Drilling Natural Gas development wells** | EIN:<br><br>From-To   **2012-present** |
| 25.7. **Hard Rock Partners 2014,**<br>**L.P.**<br>**1244 Martins Branch Road**<br>**Charleston, WV 25312** | **Drilling Natural Gas development wells** | EIN:<br><br>From-To   **2014-present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Suttle & Stalnaker**<br>**Certified Public Accountants**<br>**1411 Virginia, Ste #100**<br>**Charleston, WV 25301** | **Yearly** |

---

Debtor  **Hard Rock Exploration, Inc.**                                  Case number *(if known)*  **17-20459**

---

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Ellis & Ellis, PLLC**<br>**United Center Suite 1000**<br>**500 Virginia St. E.**<br>**Charleston, WV 25301** | **2012-2016** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.   **The Huntington National Bank**
**201 High Street,  WE0104**
**Morgantown, WV 26505**

---

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Yost, Duane** | **313 Steele Hill Road**<br>**Mount Morris, PA 15349** | **Secretary/Treasurer and Stockholder** | **28.5254% ownership** |
| **Laughlin, Gregory** | **301 Chiropractic Drive**<br>**Mount Zion, WV 26151** | **Stockholder** | **28.5254% ownership** |
| **Stephens, James L. Jr.** | **51 Amber Way**<br>**Scott Depot, WV 25560** | **President and Stockholder** | **28.5254% ownership** |
| **Francisco, Monica R.** | **51 Amber Way**<br>**Scott Depot, WV 25560** | **Vice President and Stockholder** | **6.7119% ownership** |

Debtor  **Hard Rock Exploration, Inc.**                                          Case number *(if known)*  **17-20459**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scarberry, Phillip | 1792 Statts Mills Road<br>Ripley, WV 25271 | Stockholder | 6.7119% ownership |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Hughes, Michael | 3400  Avenue of the Arts, #A0402<br>Costa Mesa, CA 92626 | Stockholder | 1.0000% ownership |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Stephens, James L. Jr.<br>51 Amber Way<br>Scott Depot, WV 25560 | $270,940.20 | 9/30/2016-8/31/2017 | Salary |
| | **Relationship to debtor**<br>President and Stockholder | | | |
| 30.2 | Francisco, Monica R.<br>51 Amber Way<br>Scott Depot, WV 25560 | $133,000.00 | 9/30/2016-8/31/2017 | Salary/Auto Allowance |
| | **Relationship to debtor**<br>Vice President and Stockholder | | | |
| 30.3 | Yost, Duane<br>211 Steele Hill Road<br>Mount Morris, PA 15349 | $51,969.46 | 3/3/2017-6/30/2017 | Monthly Interest Payon on 2015 Loan, Oil and Gas Revenue Distribution, Working Interest payments. |
| | **Relationship to debtor**<br>Secretary,Treasurer and Stockholder | | | |

Debtor    **Hard Rock Exploration, Inc.**                                    Case number (if known)    **17-20459**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4 | **Scarberry, Phillip**<br>**1792 Statts Mill Road**<br>**Ripley, WV 25271** | $6,641.02 | **9/30/2016-6/30/2017** | Oil and Gas Revenue Distibutions-Working Interest |
| | Relationship to debtor<br>**Stockholder** | | | |
| 30.5 | **J & M Resources**<br>**51 Amber Way**<br>**Scott Depot, WV 25560** | $62.93 | **3/31/2017** | Oil and Gas Revenue Distributions - Working Interest |
| | Relationship to debtor<br>**Business** | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

**Name of the parent corporation**                                    **Employer Identification number of the parent corporation**

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

**Name of the parent corporation**                                    **Employer Identification number of the parent corporation**

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 13, 2017**

/s/ James L. Stephens                                    **James L. Stephens**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

HRE AP Ck Reg 060517 to 090517

**Hard Rock Exploration, Inc.**

**Creditors paid in the past 90 Days**

| Check Number | Iss Src | Issue Date | Amount Issued | Voucher Number | Vendor Code | Vendor Name | Reason for Payment |
|---|---|---|---|---|---|---|---|
| 1487 | Sys | 06/05/17 | 1,500.00 | 102087 | ALFO01 | Roger E. Alford | Delay Rental |
| 1493 | Sys | 06/05/17 | 1,290.80 | 102093 | ARCH02 | PAUL & MICHELLE ARCHER | Delay Rental |
| 1495 | Sys | 06/05/17 | 1,182.50 | 102095 | BOSTSA | Sam Boston | Delay Rental |
| 1490* | Sys | 06/05/17 | 500.00 | 102090 | CHAPAL | Allene Chapman and William E. Chapman, Jr | Delay Rental |
| 1488 | Sys | 06/05/17 | 2,404.63 | 102088 | ERWI02 | Kathaleen Erwin | Delay Rental |
| 1486 | Sys | 06/05/17 | 652.50 | 102086 | HOLL07 | Bessie A. Holley | Delay Rental |
| 1494 | Sys | 06/05/17 | 1,560.00 | 102094 | KING08 | Roger D Kingery | Delay Rental |
| 1483 | Sys | 06/05/17 | 850.00 | 102082 | KING09 | Richard King | Delay Rental |
| 1482 | Sys | 06/05/17 | 15,918.14 | 102080 | MARK02 | MARK WEST HYDROCARBON, LLC | Gathering Transportation Expense |
| 1489 | Sys | 06/05/17 | 1,780.00 | 102089 | MCCA04 | Toby A. McCallister | Delay Rental |
| 1484 | Sys | 06/05/17 | 440.00 | 102083 | PALMHE | Herbert Palmer | Delay Rental |
| 1485 | Sys | 06/05/17 | 390.00 | 102085 | WALK13 | Earl and Anita Walker | Delay Rental |
| 1491 | Sys | 06/05/17 | 2,358.75 | 102091 | WICK01 | Frances Kay Wick | Delay Rental |
| 1492 | Sys | 06/05/17 | 1,110.00 | 102092 | WOOD17 | Patricia Ann Wood | Delay Rental |
| 6517 | Man | 06/05/17 | 12,280.00 | 102070 | WVST01 | WEST VIRGINIA STATE TAX DEPT., INTERNAL AUDITING DIV | Payroll Taxes |
| 1498 | Sys | 06/06/17 | 18.73 | 102111 | ANNA01 | Anna Bailes | Reimburse for mileage |
| 1499 | Sys | 06/06/17 | 6.95 | 102112 | BEAN01 | Joan Beane | Reimburse for bug spray |
| 1502 | Sys | 06/06/17 | 513.30 | 102116 | FLIN04 | Robert Flint and Anna Elizabeth Flint | Shut in payment |
| 1504 | Sys | 06/06/17 | 136.87 | 102118 | FRON01 | Frontier | Utility |
| 1505 | Sys | 06/06/17 | 83.97 | 102119 | FRON03 | Frontier | Utility |
| 1503 | Sys | 06/06/17 | 250.00 | 102117 | HALL05 | HALL'S TIRES, INC. | Field Operator Truck Expense |
| 1506 | Sys | 06/06/17 | 935.00 | 102120 | IOGA02 | IOGA | Well Dues |
| 1507 | Sys | 06/06/17 | 582.77 | 102121 | LLTRAN | Crestwood Transportation, LLC | Gathering Transportation Expense |
| 1508 | Sys | 06/06/17 | 2,027.00 | 102122 | MELV02 | Melvin Harvey | Contract Well Tending Labor |
| 90606 | Man | 06/06/17 | 1,306.33 | 102618 | MVB01 | MVB Bank Inc. | Toyota Payment |
| 1509 | Sys | 06/06/17 | 1,086.31 | 102123 | NORT02 | Northwestern Mutual | Life Insurance |
| 1510 | Sys | 06/06/17 | 513.30 | 102124 | PERR02 | Richard R. Perrin | Shut in payment |
| 1511 | Sys | 06/06/17 | 1,343.22 | 102125 | PIST01 | Pi Star Communications, LLC | Meter Monitoring |
| 1512 | Sys | 06/06/17 | 513.30 | 102126 | PLAT21 | Margaret Ellen Bates Platt | Shut in payment |
| 1501 | Sys | 06/06/17 | 177.62 | 102115 | RISK01 | BILL RISKE | Reimburse for expenses |
| 1513 | Sys | 06/06/17 | 758.91 | 102127 | RLLA01 | R. L. LAUGHLIN & COMPANY, INC. | Meter/Chart Reading |
| 1514 | Sys | 06/06/17 | 94.13 | 102128 | SISS03 | Sissonville Public Service Dis | Utility |
| 1500 | Sys | 06/06/17 | 383.02 | 102113 | STEP02 | JAMES L. STEPHENS, JR. | Reimburse for office supplies |
| 1515 | Sys | 06/06/17 | 175.80 | 102130 | SUDD01 | Suddenlink | Utility |
| 1497 | Sys | 06/06/17 | 117.73 | 102110 | SUSAN | Susan Hall | Reimburse for office supplies |
| 1496 | Sys | 06/06/17 | 10,100.00 | 102108 | SUTT02 | SUTTLE & STALNAKER, CPAs | Tax Prep Services |
| 1516 | Sys | 06/06/17 | 143.40 | 102131 | WAST01 | Waste Management, Inc | Utility |
| 1517 | Sys | 06/06/17 | 111.25 | 102132 | WVAW01 | West Virginia American Water | Utility |
| 1518 | Sys | 06/07/17 | 12,488.64 | 102149 | SHER03 | Sheriff , W . McComas, Cabell County Courthouse | Property Taxes on Wells |
| 1520 | Sys | 06/07/17 | 89.39 | 102151 | SHER03 | Sheriff , W . McComas, Cabell County Courthouse | Property Taxes on Wells |
| 1519 | Sys | 06/07/17 | 46.00 | 102150 | SLIN01 | James Slingerland and Margaret Slingerland | Shut in payment |
| 216727 | Man | 06/08/17 | 25.00 | 102169 | WVSS01 | WV Secretary of State, Business and Licensing Division | Business License Renewal |
| 249285 | Man | 06/08/17 | 25.00 | 102167 | WVSS01 | WV Secretary of State, Business and Licensing Division | Business License Renewal |
| 250903 | Man | 06/08/17 | 25.00 | 102175 | WVSS01 | WV Secretary of State, Business and Licensing Division | Business License Renewal |
| 285081 | Man | 06/08/17 | 25.00 | 102176 | WVSS01 | WV Secretary of State, Business and Licensing Division | Business License Renewal |

HRE AP Ck Reg 060517 to 090517

| Check# | Date | Type | Amount | | Code | Payee | Description |
|---|---|---|---|---|---|---|---|
| 285813 | 06/08/17 | Man | 25.00 | CK | WVSS01 | WV Secretary of State, Business and Licensing Division | Business License Renewal |
| 293999 | 06/08/17 | Man | 25.00 | CK | WVSS01 | WV Secretary of State, Business and Licensing Division | Business License Renewal |
| 304118 | 06/08/17 | Man | 25.00 | CK | WVSS01 | WV Secretary of State, Business and Licensing Division | Business License Renewal |
| 321035 | 06/08/17 | Man | 25.00 | CK | WVSS01 | WV Secretary of State, Business and Licensing Division | Business License Renewal |
| 328375 | 06/08/17 | Man | 25.00 | CK | WVSS01 | WV Secretary of State, Business and Licensing Division | Business License Renewal |
| 1524 | 06/12/17 | Sys | 106.60 | CK | 21CO01 | 21 Country Market Inc. | Well Maintenance |
| 1525 | 06/12/17 | Sys | 190.80 | CK | ACCU01 | ACCUnited Communications | Telephone System-Office |
| 1526 | 06/12/17 | Sys | 348.15 | CK | BEAV04 | Bonnie L Beaver | Delay Rental |
| 1526 | 06/12/17 | Sys | 33.26 | CK | BRID01 | BRIDGEPORT Equipment & Tool Sales & Rentals | Well Maintenance |
| 1527 | 06/12/17 | Sys | 4,000.00 | CK | BUCK05 | Buchanan County Treasurer | Property Taxes on Wells |
| 1536 | 06/12/17 | Sys | 345.25 | CK | CARR03 | Sue Ann Carroll | Delay Rental |
| 1528 | 06/12/17 | Sys | 2,180.00 | CK | EMAT01 | EMATS, Inc | Line Locate VA |
| 1529 | 06/12/17 | Sys | 13,342.73 | CK | GEOR04 | GEORGE & LORENSEN, PLLC | Legal Services |
| 1538 | 06/12/17 | Sys | 205.25 | CK | GRAN01 | Denver Jay Grant | Delay Rental |
| 1534 | 06/12/17 | Sys | 115.00 | CK | GRAN02 | Denzil Grant | Delay Rental |
| 1523 | 06/12/17 | Sys | 257.58 | CK | KING06 | King's Welding & Supplies | Welding Tank Rental |
| 1537 | 06/12/17 | Sys | 115.00 | CK | MEDD01 | Jennifer Meddings | Delay Rental |
| 1530 | 06/12/17 | Sys | 1,000.00 | CK | OGSY01 | OGSYS | Accounting Software Support |
| 1531 | 06/12/17 | Sys | 1,000.00 | CK | PITN03 | Purchase Power | Postage Machine |
| 1532 | 06/12/17 | Sys | 4.66 | CK | PITN04 | Pitney Bowes Global Financial Services LLC | Postage Machine |
| 1539 | 06/12/17 | Sys | 3,000.00 | CK | STEP06 | James L. Stephens | Reimburse for QUAD0 |
| 1533 | 06/12/17 | Sys | 288.18 | CK | WELL05 | WELLS FARGO FINANCIAL LEASING | Copy Machine Lease |
| 61417 | 06/14/17 | Man | 258.00 | CK | NORT06 | North Carolina Department of R | Payroll Taxes |
| 1541 | 06/15/17 | Sys | 1,866.45 | CK | LIPS02 | Betty Leah Lipscomb | Delay Rental |
| 1542 | 06/15/17 | Sys | 645.00 | CK | LIPS03 | Clinton F. Lipscomb | Delay Rental |
| 61517 | 06/15/17 | Man | 1,250.00 | CK | RISK01 | BILL RISKE | Reimburse for medical insurance |
| 1540 | 06/15/17 | Sys | 102.94 | CK | SHER07 | Sheriff of Putnam County | Property Taxes on Wells |
| 1543 | 06/15/17 | Sys | 741.10 | CK | WVBU01 | BUCHANAN COUNTY COMMISSIONER OF REVENUE | VA Severance Tax |
| 61917 | 06/19/17 | Man | 17,637.25 | CK | WVST05 | WEST VIRGINIA STATE TAX DEPT., INTERNAL AUDITING DIV | WV Severance Tax |
| 1544 | 06/22/17 | Sys | 64.50 | CK | WVDI03 | WV DIVISION OF MOTOR VEHICLES | Truck License Renewal |
| 1546 | 06/23/17 | Sys | 9,052.72 | CK | LARC01 | Larch Oil & Gas | Well Maintenance |
| 1547 | 06/23/17 | Sys | 40.00 | CK | POCA03 | The Poca Valley Bank | Credit Card Payment |
| 1548 | 06/23/17 | Sys | 137.00 | CK | POCA04 | The Poca Valley Bank | Credit Card Payment |
| 1557 | 06/27/17 | Sys | 2,250.00 | CK | ACCU01 | ACCUnited Communications | Telephone System-Office |
| 90627 | 06/27/17 | Man | 1,006.72 | CK | AMER01 | AMERICAN EXPRESS-85008 | Credit Card Payment |
| 91627 | 06/27/17 | Man | 5,000.00 | CK | AMER03 | AMERICAN EXPRESS-11000 | Credit Card Payment |
| 92627 | 06/27/17 | Man | 1,000.00 | CK | AMER06 | AMERICAN EXPRESS-51006 | Credit Card Payment |
| 1558 | 06/27/17 | Sys | 462.07 | CK | APPA04 | Appalachian Power  Acct 020-659-026-33 | Utility |
| 1559 | 06/27/17 | Sys | 1,449.79 | CK | CING01 | AT&T Mobility | Utility |
| 1560 | 06/27/17 | Sys | 500.00 | CK | ELLI07 | Ellis & Ellis, PLLC | Accounting Services |
| 1561 | 06/27/17 | Sys | 1,840.00 | CK | EMAT01 | EMATS, Inc | Line Locate VA |
| 1562 | 06/27/17 | Sys | 513.30 | CK | FLIN04 | Robert Flint and Anna Elizabeth Flint | Shut in payment |
| 1563 | 06/27/17 | Sys | 1,239.06 | CK | FRON01 | Frontier | Utility |
| 1564 | 06/27/17 | Sys | 250.00 | CK | HALL05 | HALL'S TIRES, INC. | Field Operator Truck Expense |
| 1565 | 06/27/17 | Sys | 340.00 | CK | HILL03 | Daniel B. Hill | Shut in payment |
| 1566 | 06/27/17 | Sys | 340.00 | CK | HILL04 | Elizabeth A. Hill | Shut in payment |
| 1567 | 06/27/17 | Sys | 340.00 | CK | HILL05 | Samuel C. Hill, III | Shut in payment |
| 1554 | 06/27/17 | Sys | 348.51 | CK | IOGA01 | IOGAWV | Monthly Admin Fees for Employee Health |
| 1555 | 06/27/17 | Sys | 1,870.00 | CK | IOGA02 | IOGA | Well Dues |
| 1556 | 06/27/17 | Sys | 17,655.77 | CK | IOGA03 | IOGAWV Insurance Fund Trust | Employee health insurance |
| 62717 | 06/27/17 | Man | 1,746.84 | CK | JOHN09 | Johnson & Johnson Preferred Fi | Property Insurance Installment payment |
| 1568 | 06/27/17 | Sys | 1,000.00 | CK | LIBE01 | LIBERTY MUTUAL INSURANCE | Insurance |

HRE AP Ck Reg 060517 to 090517

| Seq | Type | Date | Amount | | Vendor | Check # | Payee | Description |
|---|---|---|---|---|---|---|---|---|
| 1569 | Sys | 06/27/17 | 563.74 | CK | LLTRAN | 102458 | Crestwood Transportation, LLC | Gathering Transportation Expense |
| 1570 | Sys | 06/27/17 | 14,878.00 | CK | MARK02 | 102459 | MARK WEST HYDROCARBON, LLC | Gathering Transportation Expense |
| 1571 | Sys | 06/27/17 | 25.00 | CK | MOUN07 | 102460 | Mountaineer Gas Co. | Utility |
| 1572 | Sys | 06/27/17 | 513.30 | CK | PERR02 | 102462 | Richard R. Perrin | Shut in payment |
| 1573 | Sys | 06/27/17 | 2,028.75 | CK | PIST01 | 102463 | Pi Star Communications, LLC | Meter Monitoring |
| 1574 | Sys | 06/27/17 | 513.30 | CK | PLAT21 | 102464 | Margaret Ellen Bates Piatt | Shut in payment |
| 63974 | Man | 06/28/17 | 13,750.76 | CK | M2MD01 | 102467 | M2M Data Corporation | Meter Monitoring |
| 1575 | Sys | 06/28/17 | 1,086.31 | CK | NORT02 | 102468 | Northwestern Mutual | Life Insurance |
| 1576 | Sys | 06/28/17 | 1,529.24 | CK | RLLA01 | 102469 | R. L. LAUGHLIN & COMPANY, INC. | Meter/Chart Reading |
| 1577 | Sys | 06/28/17 | 98.58 | CK | SISS03 | 102470 | Sissonville Public Service Dis | Utility |
| 1578 | Sys | 06/28/17 | 46.00 | CK | SLIN01 | 102471 | James Slingerland and Margaret Slingerland | Shut in payment |
| 1579 | Sys | 06/28/17 | 340.00 | CK | SMIT33 | 102472 | William C. Smith | Shut in payment |
| 1580 | Sys | 06/28/17 | 5,000.00 | CK | SUTT02 | 102473 | SUTTLE & STALNAKER, CPAS | Tax Prep Services |
| 1581 | Sys | 06/28/17 | 800.00 | CK | VANC03 | 102474 | William L. Vance | Delay Rental |
| 1582 | Sys | 06/28/17 | 143.40 | CK | WAST01 | 102475 | Waste Management, Inc | Utility |
| 1583 | Sys | 06/28/17 | 113.68 | CK | WVAW01 | 102476 | West Virginia American Water | Utility |
| 1585 | Sys | 06/28/17 | 251.72 | CK | WVST15 | 102485 | WV Oil and Gas Conservation Commission | Total Acreage Leased at end of Dec 2016 |
| 63017 | Man | 06/30/17 | 25,000.00 | CK | GETT01 | 102590 | The Getty Law Group, PLLC | Legal Services |
| 1549 | Sys | 06/30/17 | 57.23 | CK | MERR01 | 102427 | Merritt Creek Gas, LLC | Monthly Distribution Payment |
| 1586 | Sys | 06/30/17 | 14,578.99 | CK | STEP02 | 102505 | JAMES L. STEPHENS, JR. | Payroll |
| 1550 | Sys | 06/30/17 | 255.40 | CK | WILS11 | 102428 | Wilson Woods Oil & Gas, LLC | Monthly Distribution Payment |
| 1551 | Sys | 06/30/17 | 176.85 | CK | WILS12 | 102428 | Richard L. & Dixie Wilson | Monthly Distribution Payment |
| 1552 | Sys | 06/30/17 | 6.82 | CK | WILS13 | 102428 | Wilson Oil & Gas, LLC | Monthly Distribution Payment |
| 1553 | Sys | 06/30/17 | 1,122.17 | CK | WILS14 | 102428 | Wilson Woods Oil & Gas, LLC | Monthly Distribution Payment |
| 1587 | Sys | 07/05/17 | 101.88 | CK | STAP02 | 102511 | STAPLES ADVANTAGE DEPT DC | Office Supplies |
| 990706 | Man | 07/06/17 | 1,306.33 | CK | MVB01 | 102874 | MVB Bank Inc. | Toyota Payment |
| 990712 | Sys | 07/12/17 | 174.29 | CK | SUSAN | 102637 | Susan Hall | Reimburse for office supplies |
| 1590 | Sys | 07/12/17 | 2,300.00 | CK | AMER03 | 102655 | AMERICAN EXPRESS-11000 | Credit Card Payment |
| 71217 | Sys | 07/12/17 | 7,500.00 | CK | BAIL03 | 102856 | Bailess Smith PLLC | Legal Services |
| 71217 | Man | 07/12/17 | 258.00 | CK | NORT06 | 102634 | North Carolina Department of R | Payroll Taxes |
| 1589 | Sys | 07/12/17 | 3,750.00 | CK | TANN04 | 102649 | Sarah Tanner | Legal Case Settlement |
| 1591 | Sys | 07/12/17 | 2,960.12 | CK | TANN05 | 102652 | Sarah Tanner | Legal Case Settlement |
| 1592 | Sys | 07/17/17 | 1,500.00 | CK | ALFO02 | 102653 | Keith W. Alford | Delay Rental |
| 990717 | Man | 07/17/17 | 3,000.00 | CK | AMER03 | 102877 | AMERICAN EXPRESS-11000 | Credit Card Payment |
| 990718 | Man | 07/17/17 | 2,000.00 | CK | AMER06 | 102877 | AMERICAN EXPRESS-51006 | Credit Card Payment |
| 71717 | Man | 07/17/17 | 1,250.00 | CK | RISK01 | 102665 | BILL RISKE | Reimburse for rent |
| 990718 | Man | 07/18/17 | 1,500.00 | CK | AMER03 | 102856 | AMERICAN EXPRESS-11000 | Credit Card Payment |
| 1594 | Sys | 07/19/17 | 685.04 | CK | KEEN01 | 102680 | BUCHANAN COUNTY COMMISSIONER OF REVENUE | VA Severance Tax |
| 1597 | Sys | 07/20/17 | 119.50 | CK | FAST01 | 102697 | FASTSIGNS | Well Maintenance |
| 1595 | Sys | 07/20/17 | 1,000.00 | CK | LIBE01 | 102692 | LIBERTY MUTUAL INSURANCE | Insurance |
| 1596 | Sys | 07/20/17 | 501.27 | CK | MOOR14 | 102695 | Moore's Tractor Sales | Well Maintenance |
| 1599 | Sys | 07/21/17 | 463.31 | CK | APPA04 | 102710 | Appalachian Power   Acct 020-659-226-33 | Utility |
| 1600 | Sys | 07/21/17 | 4,056.65 | CK | BAIL03 | 102711 | Bailess Smith PLLC | Legal Services |
| 1598 | Sys | 07/21/17 | 680.00 | CK | BECK02 | 102709 | Matthew G. Beckett | IT Support |
| 1602 | Sys | 07/21/17 | 500.00 | CK | ELLI07 | 102713 | Ellis & Ellis, PLLC | Accounting Services |
| 1603 | Sys | 07/21/17 | 1,940.00 | CK | EMA101 | 102714 | EMATS, Inc | Line Locate VA |
| 1605 | Sys | 07/21/17 | 5,000.00 | CK | FARM03 | 102715 | FARMERS FRIEND INC  DBA EPLING TRUCKING | Well Maintenance |
| 1606 | Sys | 07/21/17 | 1,034.56 | CK | FRON01 | 102716 | Frontier | Utility |
| 1608 | Sys | 07/21/17 | 348.51 | CK | IOGA01 | 102718 | IOGAWV | Monthly Admin Fees for Employee Health |
| 1607 | Sys | 07/21/17 | 853.75 | CK | IOGA02 | 102717 | IOGA | Well Dues |
| 1609 | Sys | 07/21/17 | 17,655.77 | CK | IOGA03 | 102719 | IOGAWV Insurance Fund Trust | Employee health insurance |
| 1601 | Sys | 07/21/17 | 557.93 | CK | LLTRAN | 102712 | Crestwood Transportation, LLC | Gathering Transportation Expense |

HRE AP Ck Reg 060517 to 090517

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1632 | 07/24/17 | Sys | 11,807.18 | CK | 102743 | LARC01 | Larch Oil & Gas | Well Maintenance |
| 1615 | 07/24/17 | Sys | 1,000.00 | CK | 102727 | LIBE01 | LIBERTY MUTUAL INSURANCE | Insurance |
| 1616 | 07/24/17 | Sys | 14,199.08 | CK | 102728 | MARK02 | MARK WEST HYDROCARBON, LLC | Gathering Transporation Expense |
| 1617 | 07/24/17 | Sys | 2,040.00 | CK | 102729 | MELV02 | Melvin Harvey | Contract Well Tending Labor |
| 1630 | 07/24/17 | Sys | 45.26 | CK | 102742 | MOUN07 | Mountaineer Gas Co. | Utility |
| 1619 | 07/24/17 | Sys | 1,086.31 | CK | 102731 | NORT02 | Northwestern Mutual | Life Insurance |
| 1620 | 07/24/17 | Sys | 1,479.00 | CK | 102732 | PIST01 | PI Star Communications, LLC | Meter Monitoring |
| 1626 | 07/24/17 | Man | 39.00 | CK | 102738 | POCA03 | The Poca Valley Bank | Credit Card Payment |
| 1625 | 07/24/17 | Sys | 135.00 | CK | 102737 | POCA04 | The Poca Valley Bank | Credit Card Payment |
| 1621 | 07/24/17 | Sys | 674.24 | CK | 102733 | RLLA01 | R. L. LAUGHLIN & COMPANY, INC. | Meter/Chart Reading |
| 1618 | 07/24/17 | Sys | 2,470.00 | CK | 102730 | SIMM06 | Michael D. Simms, Attorney at Simms Law Office | Legal Services |
| 1622 | 07/24/17 | Sys | 32.32 | CK | 102734 | SISS03 | Sissonville Public Service Dis | Utility |
| 1623 | 07/24/17 | Sys | 175.81 | CK | 102735 | SUDD01 | Suddenlink | Utility |
| 1624 | 07/24/17 | Sys | 5,000.00 | CK | 102736 | SUTT02 | SUTTLE & STALNAKER, CPAS | Tax Prep Services |
| 1627 | 07/24/17 | Sys | 45.93 | CK | 102739 | WVAW01 | West Virginia American Water | Utility |
| 1628 | 07/24/17 | Sys | 555.54 | CK | 102740 | WVUN01 | WV UNEMPLOYMENT COMPENSATION | Payroll Taxes |
| 1629* | 07/24/17 | Sys | 10,000.00 | CK | 102741 | YOST05 | Duane Yost | Interest on Loan |
| 1639 | 07/25/17 | Sys | 3,918.16 | CK | 102754 | PROB01 | ProBank Austin | Legal Services |
| 1612 | 07/25/17 | Sys | 3,725.04 | CK | 102724 | SHER02 | Sheriff of Jackson County | Property Taxes on Wells |
| 1614 | 07/25/17 | Sys | 14,451.19 | CK | 102726 | SHER03 | Sheriff . W. McComas, Cabell County Courthouse | Property Taxes on Wells |
| 1613 | 07/25/17 | Sys | 6,934.63 | CK | 102725 | SHER06 | Sheriff of Mason County | Property Taxes on Wells |
| 1638 | 07/25/17 | Sys | 15,486.11 | CK | 102753 | STEP02 | JAMES L. STEPHENS, JR. | Payroll |
| 990726 | 07/26/17 | Man | 4,193.89 | CK | 102876 | AMER01 | AMERICAN EXPRESS-85008 | Credit Card Payment |
| 990727 | 07/26/17 | Man | 14,215.15 | CK | 102876 | AMER03 | AMERICAN EXPRESS-11000 | Credit Card Payment |
| 990728 | 07/26/17 | Man | 7,590.86 | CK | 102876 | AMER06 | AMERICAN EXPRESS-51006 | Credit Card Payment |
| 1643 | 07/26/17 | Sys | - | CK | 102761 | FARM03 | FARMERS FRIEND INC DBA EPLING TRUCKING | Well Maintenance |
| 72617 | 07/26/17 | Man | 1,505.86 | CK | 102762 | WVST01 | WEST VIRGINIA STATE TAX DEPT., INTERNAL AUDITING DIV | Payroll Taxes |
| 72617 | 07/26/17 | Man | 11,193.00 | CK | 102763 | WVST01 | WEST VIRGINIA STATE TAX DEPT., INTERNAL AUDITING DIV | Payroll Taxes |
| 1644 | 07/27/17 | Sys | 338.09 | CK | 102773 | ACCU01 | ACCU Communications | Telephone System-Office |
| 1645 | 07/27/17 | Sys | 234.63 | CK | 102772 | AIRT01 | AirTech Heating & Cooling | Air Conditioner Repairs |
| 1646* | 07/27/17 | Sys | 171.08 | CK | 102774 | BDOI01 | BD OIL GATHERING CORPORATION | Gathering Transporation Expense |
| 1647 | 07/27/17 | Sys | 200.00 | CK | 102775 | BROT01 | BROTHER REALTY LLC | Partial Pay of Bldg Rent |
| 1661 | 07/27/17 | Sys | 2,000.00 | CK | 102781 | BUCK05 | Buchanan County Treasurer | Property Taxes on Wells |
| 1656 | 07/27/17 | Sys | 25,112.00 | CK | 102776 | CAPE01 | Capital Energy, LLC | Well Maintenance |
| 727117 | 07/27/17 | Man | 35,000.00 | CK | 102831 | GETT01 | The Getty Law Group, PLLC | Legal Services |
| 1658 | 07/27/17 | Sys | 250.00 | CK | 102778 | HALL06 | HALL'S TIRES, INC. | Field Operator Truck Expense |
| 7271 | 07/27/17 | Man | 2,773.79 | CK | 102870 | INTE03 | Internal Revenue Service | Payroll Taxes |
| 72717 | 07/27/17 | Man | 13,764.88 | CK | 102765 | M2MD01 | M2M Data Corporation | Meter Monitoring |
| 1652 | 07/27/17 | Sys | 500.00 | CK | 102784 | NORF01 | Norfolk Southern Railway Compa | Delay Rental |
| 1657 | 07/27/17 | Sys | 401.75 | CK | 102777 | NORW01 | NOWW01 | Well Maintenance Supplies |
| 1648 | 07/27/17 | Sys | 46.00 | CK | 102780 | SLIN01 | James Slingerland and Margaret Slingerland | Shut in payment |
| 1663 | 07/27/17 | Sys | 1,725.00 | CK | 102786 | SMIT34 | Mr. Gary Smith, Esq. | Legal Services |
| 1659 | 07/27/17 | Sys | 500.00 | CK | 102779 | WHIT06 | W T WHITE & ASSOCIATES, INC. | Reserve Study-Payment of Old Invoice |
| 1610 | 07/28/17 | Sys | 7,193.55 | CK | 102722 | TANN04 | Sarah Tanner | Legal Case Settlement |
| 1611 | 07/28/17 | Sys | 2,960.13 | CK | 102723 | TANN05 | Sarah Tanner | Legal Case Settlement |
| 1633 | 07/31/17 | Sys | 76.70 | CK | 102745 | MERR01 | Merritt Creek Gas, LLC | Monthly Distribution Payment |
| 1634 | 07/31/17 | Sys | 338.72 | CK | 102746 | WILS11 | Wilson Woods Oil & Gas, LLC | Monthly Distribution Payment |
| 1635 | 07/31/17 | Sys | 258.78 | CK | 102746 | WILS12 | Richard E. & Joan Wilson | Monthly Distribution Payment |
| 1636 | 07/31/17 | Sys | 9.11 | CK | 102746 | WILS13 | Wilson Oil & Gas, LLC | Monthly Distribution Payment |
| 1637 | 07/31/17 | Sys | 1,392.97 | CK | 102746 | WILS14 | Wilson Woods Oil & Gas, LLC | Monthly Distribution Payment |
| 8217 | 08/02/17 | Man | 17,857.04 | CK | 102809 | WVST05 | WEST VIRGINIA STATE TAX DEPT., INTERNAL AUDITING DIV | Payroll Taxes |
| 1665 | 08/04/17 | Sys | 2,515.00 | CK | 102826 | OGSY01 | OGSYS | Accounting Software Support |

HRE AP Ck Reg 060517 to 090517

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1664 | 08/04/17 | Sys | 182.60 | CK | 102825 | STAP02 | STAPLES ADVANTAGE  DEPT DC | Office Supplies |
| 1666 | 08/07/17 | Sys | 144.32 | CK | 102828 | MOUN07 | Mountaineer Gas Co. | In Lieu of Free Gas |
| 990807 | 08/07/17 | Man | 1,306.33 | CK | 103274 | MVB01 | MVB Bank Inc. | Toyota Payment |
| 1669 | 08/11/17 | Sys | 1,845.00 | CK | 102910 | DAVI10 | Donna Davis | Delay Rental |
| 1668 | 08/11/17 | Sys | 6,771.60 | CK | 102909 | DAVI11 | Edna Davis | Delay Rental |
| 1667 | 08/11/17 | Sys | 1,700.00 | CK | 102908 | MILT01 | Maurice Milton | Delay Rental |
| 1679 | 08/14/17 | Sys | 750.00 | CK | 102922 | ALFO01 | Roger E. Alford | Delay Rental |
| 1680 | 08/14/17 | Sys | 1,182.50 | CK | 102923 | BOSTSA | Sam Boston | Delay Rental |
| 1670* | 08/14/17 | Sys | 500.00 | CK | 102913 | CHAPAL | Allens Chapman and William E. Chapman Jr | Delay Rental |
| 1683* | 08/14/17 | Sys | 50.00 | CK | 102929 | COOP01 | Steve and Laura Cooper | Shut in payment |
| 1676 | 08/14/17 | Sys | 1,203.00 | CK | 102919 | ERW002 | Kathaleen Erwin | Delay Rental |
| 1682 | 08/14/17 | Sys | 987.50 | CK | 102925 | HATC02 | William V. Hatcher | Delay Rental |
| 1678 | 08/14/17 | Sys | 850.00 | CK | 102921 | KING09 | Richard King | Delay Rental |
| 1671 | 08/14/17 | Sys | 934.00 | CK | 102914 | LIPS02 | Betty Leah Lipscomb | Delay Rental |
| 1672 | 08/14/17 | Sys | 645.00 | CK | 102915 | LIPS03 | Clinton F. Lipscomb | Delay Rental |
| 1675 | 08/14/17 | Sys | 440.00 | CK | 102918 | PALMHE | Herbert Palmer | Delay Rental |
| 1673 | 08/14/17 | Sys | 1,391.00 | CK | 102916 | PHEL03 | Ethel Phelps | Delay Rental |
| 1685* | 08/14/17 | Sys | 260.00 | CK | 102931 | SHAM01 | LARRY SHAMBLIN AND/OR NORA SHAMBLIN | Shut in payment |
| 1684 | 08/14/17 | Sys | 400.00 | CK | 102930 | SYDN02 | Richard B. Sydnor, Jr 1981 Trust, William J. Posey, Trustee | Shut in payment |
| 1681 | 08/14/17 | Sys | 800.00 | CK | 102924 | VANC03 | William L. Vance | Delay Rental |
| 1674 | 08/14/17 | Sys | 2,358.75 | CK | 102917 | WICK01 | Frances Kay Wick | Delay Rental |
| 1677 | 08/14/17 | Sys | 1,305.00 | CK | 102920 | WOOD17 | Patricia Ann Wood | Delay Rental |

HRE AP Ck Reg 060517 to 090517

| # | Date | Type | | Ck# | Amount | Code | Payee | Description |
|---|------|------|---|-----|--------|------|-------|-------------|
| 81571 | 08/15/17 | Man | CK | 102935 | 258.00 | NORT06 | North Carolina Department of R | Payroll Taxes |
| 1686 | 08/15/17 | Sys | CK | 102945 | 360.40 | PITN04 | Pitney Bowes Global Financial Servicess, LLC | Postage Machine |
| 1687 | 08/15/17 | Sys | CK | 102955 | 3,918.00 | PROB01 | ProBank Austin | Legal Services |
| 81577 | 08/15/17 | Man | CK | 102932 | 750.00 | RISK01 | BILL RISKE | Reimburse for medical insurance |
| 81417 | 08/15/17 | Man | CK | 102937 | 3,387.00 | WWST01 | WEST VIRGINIA STATE TAX DEPT., INTERNAL AUDITING DIV | Payroll Taxes |
| 801517 | 08/15/17 | Man | CK | 102938 | 174.88 | WWST01 | WEST VIRGINIA STATE TAX DEPT., INTERNAL AUDITING DIV | Payroll Taxes |
| 81617 | 08/16/17 | Man | CK | 102956 | 143.40 | WAST01 | Waste Management, Inc | utility |
| 1688 | 08/17/17 | Sys | CK | 102974 | 760.00 | COMM05 | Commercial Radio Systems, LLC | Meter Repair |
| 1689 | 08/17/17 | Sys | CK | 102981 | 723.33 | KEEN01 | BUCHANAN COUNTY COMMISSIONER OF REVENUE | VA Severance Tax |
| 1694 | 08/18/17 | Sys | CK | 103006 | 922.20 | GEOR04 | GEORGE & LORENSEN PLLC | Legal Services |
| 1692 | 08/18/17 | Sys | CK | 103000 | 318.21 | SUSAN | Susan Hall | Reimburse for office supplies |
| 1695 | 08/22/17 | Sys | CK | 103024 | 4,000.00 | FRAN02 | Monica Francisco | Monthly Car Allowance |
| 1696 | 08/23/17 | Sys | CK | 103027 | 120.00 | BECK02 | Matthew G. Beckett | IT Support |
| 1697 | 08/23/17 | Sys | CK | 103028 | 482.51 | CITY01 | City of Ripley | B&O Tax |
| 1698 | 08/24/17 | Sys | CK | 103033 | 39.00 | POCA03 | The Poca Valley Bank | Credit Card Payment |
| 1699 | 08/24/17 | Sys | CK | 103034 | 91.14 | POCA04 | The Poca Valley Bank | Credit Card Payment |
| 1700 | 08/24/17 | Sys | CK | 103035 | 40.86 | POCA04 | The Poca Valley Bank | Credit Card Payment |
| 1705 | 08/28/17 | Sys | CK | 103086 | 2,451.88 | ANNA01 | Anna Bailes | Payroll Check |
| 1706 | 08/28/17 | Sys | CK | 103087 | 1,645.05 | BEAN01 | Joan Beane | Payroll Check |
| 1714 | 08/28/17 | Sys | CK | 103095 | 2,643.98 | CAMB02 | Daniel Cambarare | Payroll Check |
| 1702 | 08/28/17 | Sys | CK | 103042 | 10,000.00 | CAPE01 | Capital Energy, LLC | Well Maintenance |
| 1715 | 08/28/17 | Sys | CK | 103096 | 2,301.88 | CAST22 | Bobby Casto | Payroll Check |
| 1707 | 08/28/17 | Sys | CK | 103088 | 3,720.83 | CRIT01 | Ron Crites | Payroll Check |
| 1708 | 08/28/17 | Sys | CK | 103089 | 1,406.00 | ESTE01 | James Estep | Payroll Check |
| 1709 | 08/28/17 | Sys | CK | 103090 | 6,439.28 | FRAN02 | Monica Francisco | Payroll Check |
| 1718 | 08/28/17 | Sys | CK | 103099 | 332.92 | IOGA01 | IOGAWV | Monthly Admn Fees for Employee Health |
| 1717 | 08/28/17 | Sys | CK | 103098 | 16,866.12 | IOGA03 | IOGAWV Insurance Fund Trust | Employee health insurance |
| 1711 | 08/28/17 | Sys | CK | 103092 | 3,593.95 | LATH01 | Richard D. Lathey | Payroll Check |
| 1703* | 08/28/17 | Sys | CK | 103084 | 586.05 | NORT02 | Northwestern Mutual | Life Insurance |
| 1704* | 08/28/17 | Sys | CK | 103085 | 505.21 | NORT02 | Northwestern Mutual | Life Insurance |
| 1712 | 08/28/17 | Sys | CK | 103093 | 3,853.33 | RISK01 | BILL RISKE | Payroll Check |
| 1713 | 08/28/17 | Sys | CK | 103094 | 15,466.10 | STEP02 | JAMES L. STEPHENS, JR. | Payroll Check |
| 1710 | 08/28/17 | Sys | CK | 103091 | 3,612.71 | SUSAN | Susan Hall | Payroll Check |
| 1716 | 08/28/17 | Sys | CK | 103097 | 2,588.94 | TABO01 | RANDALL TABOR | Payroll Check |
| 998291 | 08/29/17 | Man | CK | 103275 | 7,656.01 | AMER01 | AMERICAN EXPRESS-85008 | Credit Card Payment |
| 998292 | 08/29/17 | Man | CK | 103275 | 10,537.79 | AMER03 | AMERICAN EXPRESS-11000 | Credit Card Payment |
| 998293 | 08/29/17 | Man | CK | 103275 | 14,230.62 | AMER03 | AMERICAN EXPRESS-11000 | Credit Card Payment |
| 1719* | 08/29/17 | Sys | CK | 103103 | 154.61 | SUSAN | Susan Hall | Reimburse for office supplies |
| 99830 | 08/30/17 | Sys | CK | 103276 | 1,806.20 | AMER06 | AMERICAN EXPRESS-51006 | Credit Card Payment |
| 1725* | 08/30/17 | Sys | CK | 103142 | 1,487.67 | POCA03 | The Poca Valley Bank | Credit Card Payment |
| 1726* | 08/30/17 | Sys | CK | 103142 | 4,847.77 | POCA04 | The Poca Valley Bank | Credit Card Payment |
| 1721* | 08/31/17 | Sys | CK | 103135 | 328.39 | WILS11 | Wilson Woods Oil & Gas, LLC | Monthly Distribution Payment |
| 1722* | 08/31/17 | Sys | CK | 103135 | 238.76 | WILS12 | Richard L. & Dixie Wilson | Monthly Distribution Payment |
| 1723* | 08/31/17 | Sys | CK | 103135 | 8.77 | WILS13 | Wilson Oil & Gas, LLC | Monthly Distribution Payment |
| 1724* | 08/31/17 | Sys | CK | 103135 | 1,342.28 | WILS14 | Wilson Woods Oil & Gas, LLC | Monthly Distribution Payment |
| 912017* | 08/31/17 | Man | CK | 103131 | 1,295.63 | CING01 | AT&T Mobility | utility |
| 1720* | 09/01/17 | Sys | CK | 103134 | 75.98 | MERR01 | Merrill Creek Gas, LLC | Monthly Distribution Payment |
| 41316* | 09/05/17 | Man | CK | 103238 | 115,000.00 | FOWL01 | Fowler Bell PLLC | Escrow Payment for legal services |
|  | 09/05/17 | | CK | 103238 | 131,641.35 | GETT01 | The Getty Law Group, PLLC | Legal Services |
|  | 09/05/17 | | CK | 103148 | 50,000.00 | GETT01 | The Getty Law Group, PLLC | Escrow Payment for legal services |
| 90517* | 09/05/17 | Man | CK | 103148 | 17,789.78 | WWST05 | WEST VIRGINIA STATE TAX DEPT., INTERNAL AUDITING DIV | WV Severance Tax |
| Total | | | | | 1,053,906.44 | | | |

Page 6

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of West Virginia

In re **Hard Rock Exploration, Inc.**

Debtor(s)

Case No.  **17-20459**

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **Hourly Rate** |
    | Prior to the filing of this statement I have received | $ | **0.00** |
    | Balance Due | $ | **0.00** |

2.  $ **1,717.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor       ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor       ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

October 13, 2017

*Date*

*/s/ Taft A. McKinstry*

**Taft A. McKinstry, Esq.  Kentucky Bar ID: 46610**
*Signature of Attorney*
**Fowler Bell PLLC**
**300 W. Vine Street**
**Suite 600**
**Lexington, KY 40507-1660**
**859-252-6700  Fax: 859-255-3735**
**Bankruptcy@FowlerLaw.com**
*Name of law firm*

---

## United States Bankruptcy Court
### Southern District of West Virginia

In re   **Hard Rock Exploration, Inc.**

Debtor(s)

Case No.   **17-20459**
Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Francisco, Monica R.<br>51 Amber Way<br>Scott Depot, WV 25560 | | 6.7119% | Stockholder |
| Hughes, Michael<br>3400 Avenue of the Arts #A-402<br>Costa Mesa, CA 92626 | | 1.0000% | Stockholder |
| Laughlin, Gregory<br>301 Chiropractic Drive<br>Mount Zion, WV 26151 | | 28.5254% | Stockholder |
| Scarberry, Phillip<br>1792 Statts Mills Road<br>Mount Zion, WV 26151 | | 6.7119% | Stockholder |
| Stephens, James L. Jr.<br>51 Amber Way<br>Scott Depot, WV 25560 | | 28.5254% | Stockholder |
| Yost, Duane<br>313 Steele Hill Road<br>Mount Morris, PA 15349 | | 28.5254% | Stockholder |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **October 13, 2017**

Signature   **/s/ James L. Stephens**

**James L. Stephens**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of West Virginia

In re   **Hard Rock Exploration, Inc.**

Debtor(s)

Case No.   **17-20459**

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 13, 2017**

**/s/ James L. Stephens**
**James L. Stephens/President**
Signer/Title

2009A LP Partners
1244 Martins Branch Road
Charleston, WV 25312


2011A Partner
1244 Martins Branch Road
Charleston, WV 25312


2012A Partner
1244 Martins Branch Road
Charleston, WV 25312


ACC/United Communications
P.O. Box 6650
Wheeling, WV 26003


Alderman, David
104 Avalon Road
Summerville, SC 29483


Alderman, Matthew
638 Evansview Road
Ripley, WV 25271


Alderman, Sandra
1 Blankenship Drive
Ripley, WV 25271


Alford, Keith W. & Dorothy
304 Teays Lane
Hurricane, WV 25526


Alford, Roger E.
Rt 1, Box 491
Milton, WV 25541


Alford, Roger Earl
Rt 1, Box 491
Milton, WV 25541


Aliff, Jess & Angela
1000 Porter Creek Road
Milton, WV 25541

Aliff, Jess E.
1000 Porter Creek Road
Milton, WV 25541


American Express Credit Card
P.O. Box 650448
Dallas, TX 75265-0448


Appalachian Power
P.O. Box 24415
Canton, OH 44701-4415


Archer, Paul
P.O. Box 1708
Eustis, FL 32727


AT & T Mobility
P.O.Box 6463
Carol Stream, IL 60197-6463


Baker, Carl D. & Monica
1216 Long Hollow road
Letart, WV 25253-9639


Baker, Kenneth Dwight
3926 Long Hollow Road
Letart, WV 25253


Bakers Farm
1216 Long Hollow Road
Letart, WV 25253


Bakers Farm, LLC
1216 Long Hollow Road
Letart, WV 25253


Bauer, Ronald
317 Liverpool Road
Reedy, WV 25270


BD Oil Gathering Corporation
639 Mitchell's Lane
Marietta, OH 45750

Beaver, Bonnie Lou
2250 Columbia Drive
Culloden, WV 25510


Bird, Dewayne & Sheila
2180 Cow Creek Road
Hurricane, WV 25526


Bird, Leonard & Emma
#2 June Bug Lane
Winfield, WV 25213


Black, Jack
2497 Kilgore Creek Road
Milton, WV 25541


Blankenship, Eleanor
P.O. Box 512
Ripley, WV 25271


Blue Jacket Gathering, LLC
1244 Martins Branch Road
Charleston, WV 25312


Blue Jacket Partnership
1244 Martins Branch Road
Charleston, WV 25312


Blumig Family Assoc., LTD Partnership
176 Bennetts Lane
Somerset, NJ 08873


Board, Larry A.
8572 Clear Creek Road
Dorothy, WV 25060


Boston, Sam
1128 Board Church Road
Letart, WV 25253


Bowman, Jerold & Ellen
2662 Middle Fork Road
Reedy, WV 25270

Bridgeport Equipment & Tool Sales & Rent
96 Outdoor Plaza

Brothers Realty, LLC
1244 Martins Branch Road
Charleston, WV 25312

Buchanan County Treasurer
Billy J. Keene, Treasurer
P.O. Box 1056
Grundy, VA 24614-1056

Burnett, Jackie
6404 Cromwell Road
Lakeland, FL 33809

Burnette, Jackie
6404 Cromwell Road
Lakeland, FL 33809

Cain,Sheila; Kirtley, Damien
and Hobbs, Megan
15 Little Creek Road
Milton, WV 25541

Call, Timothy
2291 Sugar Camp Road
Winfield, WV 25213

Callow, George A.
50 Dicks Run
Reedy, WV 25270

Callow, John M.
155 Durmel Drive
Zanesville, OH 43701

Callow, Stewart
474 Parkersbug Road
Reedy, WV 25270

Campbell, Samantha
and/or Jackie Burnett
6404 Cromwell Road
Lakeland, FL 33809

Capital Energy, LLC
1645 Given Road
Ripley, WV 25271-1000


Caraline Energy Company
1244 Martins Branch Road
Charleston, WV 25312


Carney, Dorothy
237 1st Avenue
Ripley, WV 25271


Carpenter, Robert & Edna
54 Middle Fork Road
Reedy, WV 25270


Carroll, Susie Ann
1171 N. Poplar Fork Road
Hurricane, WV 25526


Casto, Norma
6233 Highland Drive
Huntington, WV 25705


Chapman, William E. Jr & Allene Chapman
334 Peniel Road
Reedy, WV 25270


Christopher P. Schueller, Esq.
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410


Click, Roy & Carol
522 Mount Alto Road
Mount Alto, WV 25264-9708


Click, Roy Lewis  & Carol Ann
522 Mount Alto Road
Mount Alto, WV 25264-9708


Cobb, Charles R.
7509 Aarons Fork Road
Elkview, WV 25071

Cobb, Robert
419 Sisson Lane
Sissonville, WV 25320


Cobb, Robert L.
419 Sisson Lane
Charleston, WV 25320


Collias, Manual J. & anthony
306 Crestview Drive
Charleston, WV 25302


Compston, Rex
3489 Turkey Fork Road
Sandyville, WV 25275


Cordeiro, Barbara & Joseph
P.O.Box 598
Spencer, WV 25276


Cornetet, June Lester
2439 Farleigh Road
Columbus, OH 43232


Cottle, Lester G. II
1625 Fawn Lane
Huntingdon Valley, PA 19006


Coyner, Matthew
1074 Scott Depot Road
Scott Depot, WV 25560


Crestwood Transportation, LLC
2440 Pershing Road, Suite 600
Kansas City, MO 64108


Criner, Twila A.
281 Grace Road
Reedy, WV 25270


Culpepper, Marvin W.
616 Stonewall Drive
Charleston, WV 25302

Curry, Ronald & Constance
4900 Akai Place
Princeville, HI 96722


Darst, Jack & Janice
P.O. Box 277
Ona, WV 25545


Davis, Donna
1097 Kilgore Creek Road
Milton, WV 25541


Davis, Edna
1097 Kilgore Creek Road
Milton, WV 25541


DeWeese, Catherine Margaret
3797 Thomas Ridge Road
Leon, WV 25123


DNOW, L.P.
1314 Hansford Street
Charleston, WV 25301-1401


Duffer, Edna
1999 Kilgore CreekRoad
Milton, WV 25541


Dunlap, Ronald & Darlina
863 Bills Creek Road
Winfield, WV 25213


Durhammer, Terry
Box 810, Oriole Road
Fraziers Bottom, WV 25082


Elkins, Frankie P.
220 Elkins Lane
Ashford, WV 25009


Ellis & Ellis, PLLC
United Center Suite 1000
500 Virginia St. E.
Charleston, WV 25301

Elmore, Kenneth & Connie
624 N. Ritchie Avenue
Ravenswood, WV 26164


EMATS, Inc.
P.O. Box 920
Pounding Mill, VA 24637-0920


Erwin, Kathaleen
13 Keeneland Lane
Hurricane, WV 25526


Express 4 x4 Truck Rental
555 W. Street Road
Warminster, PA 18974


Farley, Stephen & Myrna
P.O. Box 83
French Creek, WV 26218


Flint, Robert & Anna Elizabeth
1649 Charleston Road
Spencer, WV 25276


Foster, W.F.
and F.C. Foster Estate c/o Sheila Weiss
186 Willow Bend Way
Osprey, FL 34229


Francisco, Monica R.
51 Amber Way
Scott Depot, WV 25560


Frontier
P.O. Box 20550
Rochester, NY 14602


Gerlach, Timothy & Vera
6227 Walmott Drive
Huntington, WV 25705


Gibson, Matthew
Rt 4,Box 236
Hurricane, WV 25526

Gibson, Robert
54561 Lysein Road
Powhatan Point, OH 43942


Godfrey, John S. & Rebecca
235 Henson Road
Hurricane, WV 25526


Grant, Anna M.
3575 Karikal Drive
Westerville, OH 43081


Grant, Denver
P.O. Box 641
Hurricane, WV 25526


Greathouse, Peggy Sue
1738 Vandale Fork
Spencer, WV 25276


H3, LLC
1483 John Creek Road
Milton, WV 25541


Hall's Tires, Inc.
3592 Cedar Lakes Drive
Ripley, WV 25271


Hall, Nancy
4444 Steele Ridge Road
WV 25167


Harlow, Richard C.
100 Fairview Street
Spencer, WV 25276


Harper, Helen
5226 Pioneer Drive
Charleston, WV 25313


Hart, Clifford J. & Georgia Rita
3940 Thomas Ridge Road
Leon, WV 25123

Hartley, Randall et al .
643 Evergreen Hills Road
Cottageville, WV 25239


Harvey, Melvin
2090 Johnson Fork
Salyersville, KY 41456


Hatcher, Donald R.
409 Hurricane Avenue
Hurricane, WV 25526


Hatcher, Donald, Anna & William
409 Hurricane Avenue
Hurricane, WV 25526


Hatcher, William & Becky
449 Stewart Road
Hurricane, WV 25526


Hensley, James
79 South Bruce Street
Little Hocking, OH 45742


Hill, Daniel B.
P.O. Box 554
Versailles, KY 40383


Hill, Elizabeth A.
3931 NW 41st lane
Gainesville, FL 32606


Hill, Samual C.  III
P.O. Box 1627
Winter Park, FL 32790


Holley, Joseph & Joyce
2872 Cow Creek Road
Hurricane, WV 25526


Hoolahan, Patrick & Tracy
313 Liverpool Road
Reedy, WV 25270

Huff, Joseph M.
809 Mozart Road
Wheeling, WV 26003


Huff, William D.
123 Hartley Hill road
Wellsburg, WV 26070


Huggins, Sharon & Lewis D.
314 E. 4th Streeet
Williamstown, WV 26187


Hutson, Donna H.
22 Duke Avenue
Purvis, MS 39475


I/C Hard Rock Land
1244 Martins Branch Road
Charleston, WV 25312


I/C-Caraline Energy Company
1244 Martins Branch Road
Charleston, WV 25312


Intercompany 13A
1244 Martins Branch Road
Charleston, WV 25312


Intercompany 14A
1244 Martins Branch Road
Charleston, WV 25312


IOGA
300 Summers Street,Suite 820
Charleston, WV 25301


Jackson, Frances Jean
304 Concord Drive
Clinton, MS 39056


Jenks, Katherine
100 Poteat Place
Franklin, TN 37064

Kanawha County Sheriff's Office
Tax Division
409 Virginia Street,E RM 120
Charleston, WV 25301-2595


Kessell, Teresa
20020 Graham Station Road
Letart, WV 25253-9514


King's Welding & Supplies
2434 Spencer Road
Ripley, WV 25271


King, Richard & Ruth Ann
3018 Cow Creek Road
Mason, WV 25260


Kingery, Roger D. & Sandra S.
4290 Little Cabell Creek Road
Ona, WV 25545


Kraus, Valerie
18796 Charleston Road
Kenna, WV 25248


Kyanko, Mari J.
3562 Bealls Ridge Road
Wellsburg, WV 26070


Lanham, Candice
1340 Naples Circle, Apt 212
Rockledge, FL 32955


Larch Oil & Gas
5 Kimeric Lane
Charleston, WV 25313


Laughlin, Gregory
301 Chiropractic Drive
Mount Zion, WV 26151


Lawrence, Ted Thorn
860 Bend Way
Knoxville, TN 37922

Leadmon, Michael Joe & Marsha
Rt 4, Box 390
Hurricane, WV 25526


Ledsome, Heisel & Myrtole
933 Cains Run Road
Reedy, WV 25270


Legg, Forest & Georgia
14722 Ripley Road
Letart, WV 25253


Liberty Mutual Insurance
P.O. Box 2027
Keene, NH 03431-7027


Lipscomb, Betty Leah
13 Teays Hollow Road
Hurricane, WV 25526


Lipscomb, Clinton & Betty
13 Teays Hollow Road
Hurricane, WV 25526


Longfellow, Wayne
5369 Turkey Fork Road
Sandyville, WV 25275


M2M Data Corporation
345 Inverness Drive S. #C-320
Englewood, CO 80112


Mardi Gras Casino & Resort
Racing Corporation of WV
#1 Greyhound Drive
Charleston, WV 25313


MarkWest Hydrocarbon, LLC
1515 Arapahoe Street, Tower 1, Suite 160
Denver, CO 80202


Matney Construction Co. Inc.
P.O. Box 2619
Lebanon, VA 24266

McCallister, Toby A.
6519 Grand Estuary Trail 102
Milton, WV 25541


McCallister,Toby A.
6519 Grandy Estuary Trail 102
Bradenton, FL 34212


McClung, Kennith E. & Elika M.
805 Fairview Ridge Road
Palestine, WV 26160


McCulloch, Ann
197 Blue Moon Drive
Charleston, WV 25320


McDaniel, Randall
650 Sugar Camp Road
Winfield, WV 25213


McFadden, Patrick
P.O. Box 801
Clendenin, WV 25045


McIntyre, Mildred M.
622 S. Terrace
Huntington, WV 25705


McLaughlin, Jaclyn & Dalani Life Estate
2206 Coleman Creek Road
Fraziers Bottom, WV 25082


McMillion, Gail
504 Kanawha Blvd. West
Charleston, WV 25302


McNeel, David & Sabrina
10127 Winfield Road
Winfield, WV 25213


Meadows, Rosalie E.
7466 Winfield Road
Winfield, WV 25213

Meadows, Rosalie, Meadows, John
Meadows, Justin, Meadows, Clifton
7466 Winfield Road
Winfield, WV 25213


Meeks, Robert Thor
P.O. Box 1046
Hurricane, WV 25526


Meeks,Robert, Meeks, Melissa,
Meeks, Arthur, Tamara Gail
P.O. Box 1046
Hurricane, WV 25526


Methany, Jerry
962 Chester Avenue
Akron, OH 44314


Mid State/Energy
1130 Carmack Blvd
Columbia, TN 38401


Miller, Ann Conner
991 Peach Ridge Road
Hurricane, WV 25526


Miller, Carolyn & Donald R.
3491 Thomas Ridge Road
Leon, WV 25131


Milton, Maurice
5888 US Route 60
Hurricane, WV 25526


Miss Utility of WV, Inc.
P.O. Box 11890
Charleston, WV 25339


Moncrief, Randall
4818 Log Cabin Road
Lakeland, FL 33809


Morris, Phillip
5007 Bennington Drive
Charleston, WV 25313

Mountaineer Gas Co.
P.O. Box 5656
Charleston, WV 25361


MRC Global (US), Inc.
P.O. Box 204392
Dallas, TX 75320-4392


Mynes, Chester Frank, Varian, Donna
and Mynes, Polly
193 Henson Road
Hurricane, WV 25526


Norman, Ernest L. & Sandra K.
7345 Orchard View SE
East Canton, OH 44730


Northwestern Mutual
PO Box 3007
Milwaukee, WI 53201-3007


O'Dell, Dustin
329 Hawthorne Drive
Charleston, WV 25302


O'Dell, Gary
604 Hall Street
Charleston, WV 25302


OGSYS
5801 Edwards Rancy Road, Suite 200
Fort Worth, TX 76109


Pace, Emily Ann Starcher
495 Hobbs Road
Athens, GA 30607


Palmer, Paul M. & Ida
8442 Windy Ridge Road
Sandyville, WV 25275


Parsons, Nettie Catherine
846 Boggs Fork
Spencer, WV 25276

Patterson, Janet & Charles
149 Sunset Ridge Road
Cottageville, WV 25239


Payne, Betty Jo
2202 Lilly Drive
Charleston, WV 25312


Perrin, Richard R.
126 Providence Ave, SE
New Philadelphia, OH 44663


Phelps, Ethel
445 Cow Creek Road
Hurricane, WV 25526


Phelps, Ethel, Meddings, Jennifer, Grant
Denzil
445 Cow Creek Road
Hurricane, WV 25526


Pi Star Communications, LLC
118 Rochester Drive
Louisville, KY 40214


Pickens, Philip & Virginia D.
1506 Norway road
Huntington, WV 25705


Pitney Bowes Global
Financial Services, LLC
P.O. Box 371887
Pittsburgh, PA 15250-7887


Platt, Margaret Ellen Bates
513 Folly Run
Reedy, WV 25270


Powers, Judith & David
79 Shayla Lane
Ripley, WV 25271


Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874

Putman, Susette C.
3917 Appletree Drive
Valrico, FL 33594


Quade, Judy
P.O. Box 61
Bancroft, WV 25011


R.L. Laughlin & Company, Inc.
5012 W.Washington St, Ste 100
Charleston, WV 25313


Randolph, Douglas Brooks
RR 2,Box 135 A
Leon, WV 25123-9629


Randolph, Norma Jean
109 South Currie Drive
Sanford, NC 27330


Randolph, Randy Lee
Rt 2,Box 129
Leon, WV 25123


Randolph, Rowdy Lee
23313 Ripley Road
Leon, WV 25123


Randolph, Saundra Christine
23313 Ripley Road
Leon, WV 25123


Reip, Robert & Donna
794 Liverpool Road
Reedy, WV 25270


Rhodes, Toney & Dawnna
378 Liverpool Road
Reedy, WV 25270


Rhodes, Toney E.
Dawnna L.romine
378 Liverpool Road
Reedy, WV 25270

Riske, Bill
4639 Treasure Cay Road
Tavares, FL 32778


Robinson, Peggy Lawrence
2825 W. Club Drive
Salem, VA 24153


Rowsey, Gary and Carolyn
Rt 1, Box 448
Milton, WV 25541


Ruben, Wesley Dale & Jonathan W.
315 Evams Grove Drive
Evans, WV 25241-9759


Ruby, Ray Rodman
P.O. Box 128
Lake Harbor, FL 33459


Seaton, Sam K.
5329 Westbrook Drive
Charleston, WV 25313


Shawn P. George, Esq.
George & Lorensen, PLLC
1526 Kanawha Blvd, E.
Charleston, WV 25311


Sheppard, William H.
7925 October Way
Cupertino, CA 95014


Sheriff Jackson County Taxes
P. O. Box 106
Ripley, WV 25271


Sheriff Roane County Taxes
200 Main Street
Spencer, WV 25276


Sheriff Wirt County Taxes
P. O. Box 669
MA 02614-3000

Shirley, Zakara
2715 EvansRoad
Leon, WV 25123-9640


Sissonville Public Service District
6438 Sissonville Drive
Sissonville, WV 25320


Slingerland, James & Margaret
141 Folly Run Road
Reedy, WV 25270


Smith, Claxton & Patsy
5094 Teays Valley Road
Scott Depot, WV 25560


Smith, William C.
1365 Braewick Drive
Morgantown, WV 26505


Southern Hydrocarbon Corp.
934 Little Coal River, Suite B
Alum Creek, WV 25003


Stahlman, Anna
HC 71 Box 155
Duck, WV 25063


Stahlman, Paul & Martha
3739 Gay Road
Ripley, WV 25271


Stalnaker, Robert & Peggy
816 Virginia Street
Ravenswood, WV 26164


Stand Energy Corporation
1077 Celestial Street, Suite 100
Cincinnati, OH 45202-1629


Staples Advantage
Dept DC
P.O. Box 415256
Boston, MA 02241-5256

State Corporation Commission
Clerk's office
P.O.Box 7607
Merrifield, VA 22116-7607


Stearns, James S. & Michael A.
507 McNell Avenue
Point Pleasant, WV 25550


Stephens, Arthur
436 Pierce Road
Leon, WV 25123


Stephens, James L. Jr.
51 Amber Way
Scott Depot, WV 25560


Steptoe & Johnson PLLC
P.O. Box 246
Bridgeport, WV 26330-0247


Stewart, Jack
680 Dotson Memorial Road
Palestine, WV 26160


Suddenlink
P.O. Box 550365
Dallas, TX 75266-0365


Sullivan, John L. & Barbara
412 Lockhart Fork Road
Sandyville, WV 25275


Suttle & Stalnaker
CERTIFIED PUBLIC ACCOUNTANTS
1411 VIRGINIA ST.   SUITE #100
Charleston, WV 25301


Tarowky, Mary Judith
39 Oak Drive
Saint Clairsville, OH 43950


Tate, Rita B.
1608 Bend Way
Knoxville, TN 37922

The Huntington National Bank
201 High Street, WE0104
Morgantown, WV 26505


Thomas, Arvin
780 Brush Run
Gay, WV 25244


Thomas, Christie
1324 Wal Williams Road
Lakeland, FL 33809


Thomas, Herald K.
1122 Turkey Fork Road
Sandyville, WV 25275


Valley Inc.
P.O. Box 100
Millwood, WV 25262


Vance, Warrne G.
110 Vance Farm Road
Hurricane, WV 25526


Vance, William L.
110 Vance Farm Road
Hurricane, WV 25526


Venoy, Larry & Janet
13 Little Creek Road
Milton, WV 25541


VUPS
P.O. Box 60970
Charlotte, NC 28260-0970


Walker, Earl & Anita
715 Langley Road
Sandyville, WV 25275


Walker, Earl R. & Anita K.
715 Langley Road
Sandyville, WV 25275

Waller, Judith G. Greenwood
9 Vail Drive
Ripley, WV 25271


Waller, Louise H.
172 S. Eagle Ridge Drive
Florence, MS 39073


Wamsley, Gregory W. & Juli
141 Geer Road
Point Pleasant, WV 25550-9797


Waste Management, Inc.
P.O. Box 13648
Philadelphia, PA 19101-3648


Waugh, Elmer, Tony Darin. Troy Dalvin
Timothy Donald
Rt 1, Box 382
Milton, WV 25541


Waugh, Tim
199 Sugar Run
Milton, WV 25541


Waugh, Tony & Stephanie
Rt 1, Box 424
Milton, WV 25541


Weiford, Robert & Patricia
114 Shelly Lane
Winfield, WV 25213


Wellman, Joann
811 Terika Drive
Follansbee, WV 26037


Wells Fargo Financial Leasing
P.O.Box 10306
Des Moines, IA 50306-0306


Wells Fargo Financial Leasing, Inc.
P.O.Box 10306
Des Moines, IA 50306-0306

Wells, Arlene
217 Lakeview Ddrive
Winfield, WV 25213


West Virigina American Water
P.O. Box 790247
Saint Louis, MO 63179-0247


Whitaker,Brenda K.
4577 Egypt Road
Smithville, OH 44677


White, Rex
P.O. Box 682
Mason, WV 25260


Whittaker,Brenda K.
4577 Egypt Road
Smithville, OH 44677


Wick, Frances Kay
2648 Lansing Drive SW
Roanoke, VA 24015


Williams, Nancy & Bowles, Carolyn
215 Melrose Drive
Hurricane, WV 25526


Wilson, Carl R. & ann J.
5132 Thomas Ridge Road
Leon, WV 25123


Winski, Onalee
P.O. Box 118
Follansbee, WV 26037


Winters, Tamara Gail
150 Lower Overlook Road
Hurricane, WV 25526


Wood, David E. or
Elenor A. Wood Living Trust
1053 Grace Road
Reedy, WV 25270

Wood, Eleanor
1053 Grace Road
Reedy, WV 25270


Wood, Patricia Ann
804 Rider Creek
Hurricane, WV 25526


Workman, Jessica & Bonnie
47 Marina Park Road
Hurricane, WV 25526


WV Department of Enviromental Protection
Office of Oil and Gas
601 57th Street SE
Charleston, WV 25304


WV State Tax Department
Internal Auditing Division
P.O. Box 425
Charleston, WV 25322-0425


Yost, Duane
313 Steele Hill Road
Mount Morris, PA 15349


Young, Gary & Penny
4966 Rocky Step Road
Charleston, WV 25313


Young, Gary D. & Penny
4966 Rocky Step Road
Charleston (Winfield), WV 25313


Young, Guy
5919 Fieldstone Road
Richmond, VA 23234

# United States Bankruptcy Court
## Southern District of West Virginia

In re   **Hard Rock Exploration, Inc.**

Debtor(s)

Case No.   **17-20459**

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Hard Rock Exploration, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

October 13, 2017

Date

/s/ Taft A. McKinstry

**Taft A. McKinstry**
Signature of Attorney or Litigant
Counsel for   **Hard Rock Exploration, Inc.**
**Fowler Bell PLLC**
**300 W. Vine Street**
**Suite 600**
**Lexington, KY 40507-1660**
**859-252-6700 Fax:859-255-3735**
**Bankruptcy@FowlerLaw.com**