**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

In re:

HARD ROCK EXPLORATION, INC.

        Debtor.

Case No: 2:17-bk-20459

Chapter 11

**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

    The United States Trustee, Judy A. Robbins, by counsel, and pursuant to Bankruptcy Code §§ 1102(a) and 1102(b)(1), hereby appoints the following creditors to the Official Committee of Unsecured Creditors of Hard Rock Exploration, Inc., and gives notice that the Committee has selected a chairperson at its formation meeting.

| **Member** | **Creditor/Address** | **Phone/Fax/E-mail** |
|---|---|---|
| Richard L. Wilson<br><br>**CHAIRPERSON** | 31 Beuhring Drive<br>Huntington, WV 25705 | 304-544-2112<br>304-525-2112 (FAX)<br>wilsonrl@comcast.net |
| John M. Dosker | Stand Energy corporation<br>1077 Celestial Street, Suite 100<br>Cincinnati, OH 45202-1629 | 513-621-1113<br>513-621-3773 FAX<br>jdosker@standenergy.com |
| Jim Schwab | Pi Star Communications<br>118 Rochester Drive<br>Louisville, KY 40214 | 502-558-6515<br>502-364-6050 (direct)<br>Jim.Schwab@ASTL.com |

Date: October 18, 2017

                                            JUDY A. ROBBINS
                                            UNITED STATES TRUSTEE

                           By:    */s/ S. Alex Shay*
                                   S. Alex Shay, Attorney (WV Bar# 13045)
                                   Office of the U.S. Trustee
                                   Robert C. Byrd U.S. Courthouse
                                   300 Virginia St. East, Room 2025
                                   Charleston, WV 25301
                                   (304) 347-3406
                                   Fax (304) 347-3402
                                   E-mail: Steven.A.Shay@usdoj.gov

## CERTIFICATE OF SERVICE

    I certify that on this day I electronically filed the NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all CM/ECF participants who have appeared in the case.   I further certify that on this date I mailed the NOTICE USPS First Class Mail to the following parties:

DEBTOR

Hard Rock Exploration, Inc.
1244 Martins Branch Road
Charleston, WV  25312

DEBTOR'S COUNSEL

Taft A. McKinstry, Esq.
(via CM/ECF)

Christopher S. Smith, Esq.
(via CM/ECF)

CREDITOR COMMITTEE MEMBERS

| Member | Creditor/Address | Phone/Fax/E-mail |
|---|---|---|
| Richard L. Wilson<br><br>**CHAIRPERSON** | 31 Beuhring Drive<br>Huntington, WV  25705 | 304-544-2112<br>304-525-2112 (FAX)<br>wilsonrl@comcast.net |
| John M. Dosker | Stand Energy Corporation<br>1077 Celestial Street, Suite 100<br>Cincinnati, OH  45202-1629 | 513-621-1113<br>513-621-3773 FAX<br>jdosker@standenergy.com |
| Jim Schwab | Pi Star Communications<br>118 Rochester Drive<br>Louisville, KY  40214 | 502-558-6515<br>502-364-6050 (direct)<br>Jim.Schwab@ASTL.com |

COUNSEL FOR CREDITORS

Christopher P. Schueller, Esq.
Counsel for The Huntington National Bank
(via ECF)

Janet Smith Holbrook, Esq.
Counsel for C. L. Ritter Lumber Company, Incorporated
(via ECF)

Marvin W. Masters, Esq.
Kimberly K. Parmer, Esq.
Counsel for Ann Boggs and Laurence Boggs
(via ECF)

Date:    October 18, 2017

By:    */s/ S. Alex Shay*
        S. Alex Shay, Attorney (WV Bar# 13045)
        Office of the U.S. Trustee
        Robert C. Byrd U.S. Courthouse
        300 Virginia St. East, Room 2025
        Charleston, WV 25301
        (304) 347-3406
        Fax (304) 347-3402
        E-mail: Steven.A.Shay@usdoj.gov