# Notice Recipients

District/Off: 0425−2         User: ljg         Date Created: 12/18/2017
Case: 2:17−bk−20459         Form ID: pdf001     Total: 34

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| aty | Brandy M Rapp | brapp@wtplaw.com |
| aty | Charles I. Jones, Jr. | cjones@campbellwoods.com |
| aty | Christopher P Schueller | christopher.schueller@bipc.com |
| aty | Christopher S. Smith | chris@hhsmlaw.com |
| aty | Debra A. Wertman | debra.a.wertman@usdoj.gov |
| aty | Janet Smith Holbrook | janet.holbrook@dinsmore.com |
| aty | Kimberly K. Parmer | kkp@themasterslawfirm.com |
| aty | Michael Darren Simms | Michael@simmslawoffice.com |
| aty | Michael J. Roeschenthaler | MRoeschenthaler@wtplaw.com |
| aty | Steven Shay | steven.a.shay@usdoj.gov |
| aty | Taft A. McKinstry | TMcKinstry@fowlerlaw.com |

TOTAL: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| dbpos | Hard Rock Exploration, Inc. | 1244 Martins Branch Road | Charleston, WV 25312 | |
| intp | Ann Boggs | 54 Reedyville Rd | Spencer, WV 25276 | |
| intp | Laurence Boggs | 54 Reedyville Rd | Spencer, WV 25276 | |
| sp | The Getty Law Offices PLLC | 1900 Lexington Financial Center | 250 West Main Street | Lexington, KY 40507 |
| sp | Simms Law Office PLLC | 154 Pleasant Street | Morgantown, WV 26505 | |
| dbpos | Caraline Energy Company | 1244 Martins Branch Road | Charleston, WV 25312 | |
| dbpos | Brothers Realty, LLC | 1244 Martins Branch Road | Charleston, WV 25312 | |
| dbpos | Blue Jacket Gathering, LLC | 1244 Martins Branch Road | Charleston, WV 25312 | |
| dbpos | Blue Jacket Partnership | 1244 Martins Branch Road | Charleston, WV 25312 | |
| crcmch | Richard . Wilson | 31 Beuhring Drive | Huntington, WV 25705 | |
| crcm | John M. Dosker | Stand Energy Corporation | 1077 Celestial Street, Suite 100 | Cincinnati, OH 45202−1629 |
| crcm | Jim Schwab | Pi Star Communications | 118 Rochester Drive | Louisville, KY 40214 |
| crcm | Official Committee of Unsecured Creditors | Attn: Brandy M. Rapp, Esq. | Whiteford, Taylor & Preston LLP | 114 Market Street   Suite 210   Roanoke, VA 24011 |
| cr | Richard . Wilson | 31 Beuhring Drive | Huntington, WV 25705 | |
| cr | Dixie Wilson | 31 Beuhring Drive | Huntington, WV 25705 | |
| cr | Wilson Woods Oil & Gas, LLC | Attn: Richard L. Wilson | 31 Beuhring Drive | Huntington, WV 25705 |
| cr | Merritt Creek Gas, LLC | Attn: Richard L. Wilson | 31 Beuhring Drive | Huntington, WV 25705 |
| cr | Wilson Oil & Gas, LLC | Attn: Richard L. Wilson | 31 Beuhring Drive | Huntington, WV 25705 |
| aty | Whiteford, Taylor & Preston LLP | 114 Market Street, Suite 210 | Roanoke, VA 24011 | |
| aty | Marvin W. Masters | 181 Summers Street | Charleston, WV 25301−2177 | |
| smg | United States Attorney | Southern District WV | P.O. Box 1713 | Charleston, WV 25326−1713 |
| smg | WV Department of Tax & Revenue | Bankruptcy Unit | P.O. Box 766 | Charleston, WV 25323−0766 |

TOTAL: 22